**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 22-cv-1763-KLM

ESTATE OF KELROY NEWMAN, by and through
putative personal representative, Bryanne Watts-Lucero;
JASMIN WILSON, a minor child, by and through next
friend and mother, Elisa Wilson;

      Plaintiffs,
v.

BOARD OF COUNTY COMMISSIONERS OF
MONTEZUMA, COLORADO;
SHERIFF STEVEN NOWLIN, individually
and in his official capacity;
ZACHARY SUMMERS, individually;
ANDREW DAULTON, individually;
SOUTHWEST HEALTH SYSTEM, INC, d/b/a
Southwest Memorial Hospital;
MONTEZUMA COUNTY HOSPITAL
DISTRICT;
RANDY GENE DAVIDSON, MD,
individually,

      Defendants.

---

**NOTICE OF ENTRY OF APPEARANCE**

---

PLEASE TAKE NOTICE that Kevin D. Homiak of HOMIAK LAW LLC hereby enters his appearance as co-counsel with the attorneys of record from HOLLAND, HOLLAND EDWARDS & GROSSMAN, LLC for Plaintiffs Estate of Kelroy Newman, by and through putative personal representative, Bryanne Watts-Lucero, and Jasmin Wilson, a minor child, by and through next friend and mother, Elisa Wilson.

Dated: September 1, 2022.

Respectfully submitted,

*/s/ Kevin D. Homiak*
Kevin D. Homiak
HOMIAK LAW LLC
1001 Bannock Street, Suite 238
Denver, Colorado, 80204
Tel: (505) 385-2614
Email: kevin@homiaklaw.com

*Co-Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 1st day of September, 2022, a true and correct copy of the foregoing was filed and served via CM/ECF to all counsel of record in this matter.

                   *s/ Kevin D. Homiak*
                   Kevin D. Homiak