IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-1763-KLM

JASMIN WILSON, a minor child, by and through next friend and mother, Elisa Wilson,

      Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF MONTEZUMA,
COLORADO a/k/a "Montezuma County",
SHERIFF STEVEN NOWLIN, individually and in his official capacity,
ZACHARY SUMMERS, individually,
ANDREW DAULTON, individually,
SOUTHWEST HEALTH SYSTEM, INC, d/b/a Southwest Memorial Hospital,
MONTEZUMA COUNTY HOSPITAL DISTRICT,
RANDY GENE DAVIDSON, MD, individually,

      Defendants.

---

## ENTRY OF APPEARANCE

---

      Attorney Ann B. Smith, of the law firm of Vaughan & DeMuro, hereby enters her appearance on behalf of Defendants BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF MONTEZUMA, COLORADO a/k/a "Montezuma County"; SHERIFF STEVEN NOWLIN, individually and in his official capacity; ZACHARY SUMMERS, individually; and ANDREW DAULTON, individually (collectively referred to as "County Defendants").

Respectfully submitted,


Date:  September 12, 2022                s/ Ann B. Smith_____
                                        Ann B. Smith
                                              VAUGHAN & DeMURO
                                              111 South Tejon, Suite 545
                                              Colorado Springs, CO 80903
                                              (719) 578-5500 (phone)
                                              (719) 578-5504 (fax)
                                              asmith@vaughandemuro.com (e-mail)
                                        ATTORNEY FOR COUNTY DEFENDANTS

CERTIFICATE OF SERVICE

        I hereby certify that on this 12th day of September, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Anna Holland Edwards, Esq.**
Anna@hheglaw.com

and I hereby certify that the foregoing was placed in the U.S. Mail, postage prepaid, and addressed to the following:

[none]

                                        s/ Ann B. Smith_____
                                        Ann B. Smith

2