**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 22-cv-1763-KLM

ESTATE OF KELROY NEWMAN, by and through
putative personal representative, Bryanne Watts-Lucero;
JASMIN WILSON, a minor child, by and through next
friend and mother, Elisa Wilson;

       Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF MONTEZUMA, COLORADO;
SHERIFF STEVEN NOWLIN, individually and in his official capacity;
ZACHARY SUMMERS, individually;
ANDREW DAULTON, individually;
SOUTHWEST HEALTH SYSTEM, INC, d/b/a Southwest Memorial Hospital;
MONTEZUMA COUNTY HOSPITAL DISTRICT;
RANDY GENE DAVIDSON, MD, individually,

       Defendants.

---

**NOTICE OF ENTRY OF APPEARANCE**

---

      Erica Grossman of the law firm of HOLLAND, HOLLAND EDWARDS & GROSSMAN, LLC,

hereby enters her appearance on behalf of Plaintiffs, Estate of Kelroy Newman and Jasmin Wilson.

      Respectfully submitted this 13th day of September, 2022.

> */s/ Erica Grossman*
> Erica Grossman
> Anna Holland Edwards
> HOLLAND, HOLLAND EDWARDS & GROSSMAN, LLC
> 1437 High Street
> Denver, CO 80218
> 303-860-1331
> 303-832-6506 - fax
> erica@hheglaw.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of September, 2022, the foregoing was filed using the CM/ECF system. I hereby certify I will send electronic notification of said filing to the following recipients.

| | |
|---|---|
| Kevin D. Homiak | Ann B. Smith |
| HOMIAK LAW LLC | VAUGHAN & DEMURO |
| kevin@homiaklaw.com | asmith@vaughandemuro.com |
| *Attorney for Plaintiffs* | *Attorney for County Related Defendants* |

*/s/ Brooke Thiele-LaForest*
Brooke Thiele-LaForest, Paralegal

2