IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.: 22-cv-01763-KLM

JASMIN WILSON, a minor child, by and through next friend and mother, Elisa Wilson,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF MONTEZUMA, COLORADO a/k/a "Montezuma County";
SHERIFF STEVEN NOWLIN, individually and in his official capacity;
ZACHARY SUMMERS, individually;
ANDREW DAULTON, individually;
SOUTHWEST HEALTH SYSTEM, INC, d/b/a Southwest Memorial Hospital;
MONTEZUMA COUNTY HOSPITAL DISTRICT;
RANDY GENE DAVIDSON, MD, individually,

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE OF MATTHEW W. GEORGE, ESQ.

**PLEASE TAKE NOTICE** that Matthew George, Esq. (No. 48830) of the law firm of Messner Reeves LLP, 1430 Wynkoop Street, Suite 300, Denver, CO 80202, hereby enters his appearance as counsel of record on behalf of Defendant Randy Gene Davidson, M.D., in the above-captioned matter.

Respectfully submitted this 22nd day of September, 2022.

**MESSNER REEVES LLP**

*/s/ Matthew W. George*
Mark B. Collier, Esq. (#40594)
Matthew W. George, Esq. (#48830)
1430 Wynkoop Street, Suite 300
Denver, CO 80202

        Telephone: (303) 623-1800
        Facsimile: (303) 623-0552
        Email: mcollier@messner.com
              mgeorge@messner.com
**Counsel for Defendant Randy Gene Davidson, M.D.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of September, 2022, a true copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE OF MATTHEW W. GEORGE, ESQ.** was electronically filed via CM/ECF which will send notification of such to all Counsel of record.

        */s/ Matthew W. George*
        Matthew W. George, #48830