IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.: 22-cv-01763-KLM

JASMIN WILSON, a minor child, by and through next friend and mother, Elisa Wilson,

    Plaintiff,
v.

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF MONTEZUMA, COLORADO a/k/a "Montezuma County";
SHERIFF STEVEN NOWLIN, individually and in his official capacity;
ZACHARY SUMMERS, individually;
ANDREW DAULTON, individually;
SOUTHWEST HEALTH SYSTEM, INC, d/b/a Southwest Memorial Hospital;
MONTEZUMA COUNTY HOSPITAL DISTRICT;
RANDY GENE DAVIDSON, MD, individually,

    Defendants.

## DEFENDANT RANDY GENE DAVIDSON, M.D.'S UNOPPOSED MOTION TO RESET SCHEDULING CONFERENCE

Defendant Randy Gene Davidson, M.D., by and through his counsel, Messner Reeves LLP, respectfully moves to reset the Scheduling Conference to a more convenient date, stating as follows:

### CERTIFICATE OF CONFERRAL

Pursuant to D.C.COLO.LCivR 7.1, counsel has conferred with all parties regarding the relief requested in this Motion, none of whom object. Further, counsel for Southwestern Health System, Inc. d/b/a Southwest Memorial Hospital ("SMH") also have a conflict on October 17, 2022, and therefore join in the Motion.

## MOTION

1. Plaintiff filed the Complaint on July 15, 2022. [ECF No. 1]. The Court thereafter issued an Order setting the Rule 16(b) Scheduling Conference on October 17, 2022 at 10:30 a.m. [ECF No. 6]. Pursuant to the Order, a party may move to reset the Scheduling Conference to a more convenient date by filing a motion at least five (5) business days in advance of the date of the appearance. [Id.].

2. Plaintiff transmitted a waiver of service to undersigned counsel on September 6, 2022, which has since been executed. [ECF No. 13]. Dr. Davidson's response to Plaintiff's Complaint is due on or before November 5, 2022. Fed. R. Civ. P. 12(a)(1)(A)(ii). The following co-defendants' responses to the Complaint are also due on or before November 5, 2022: Board of County Commissioners of the County of Montezuma; Sheriff Steven Nowlin; Andrew Daulton; and Zachary Summers. [ECF No. 10]. Upon information and belief, SMH was served on September 27, 2022, and its response to the Complaint is therefore due on or before October 18, 2022. Upon information and belief, it is unclear at this point that Montezuma County Hospital District has been served properly or whether they are a proper defendant to the case. Accordingly, it is likely that none of the defendants will have responded to Plaintiff's Complaint prior to the Scheduling Conference currently set for October 17, 2022.

3. Further, the parties were required to complete a pre-conference conferral by September 19, 2022, in order to meet the deadline to submit the proposed Scheduling Order. Fed. R. Civ. P. 26(f)(1). As some of the parties had not been served by that date, it would have been impossible to hold a meaningful Rule 26(f) conference without the participation of all parties.

4. Because the Rule 26(f) conference has not yet been held, not all parties have exchanged initial disclosures and likely will not have done so before the currently scheduled conference.

5. Finally, lead counsel for Dr. Davidson will be in trial in Eagle County District Court Case No. 2014CV30248 on October 17, 2022, and counsel for SMH also has a conflict that day.

6. Counsel has conferred with all parties regarding their availability for the Scheduling Conference and identified the following dates in November which work for all parties: November 14 and the afternoon of November 30.

WHEREFORE, Dr. Davidson respectfully requests the Court enter an Order vacating the October 17, 2022 Scheduling Conference and re-setting it on a date that will allow for all counsel to meaningfully participate in the pre-conference deadlines and submission of a proposed scheduling order following the responses of each of the parties to Plaintiffs' Complaint.

Respectfully submitted this 30th day of September, 2022.

**MESSNER REEVES LLP**

*/s/ Matthew W. George*
Mark B. Collier, Esq. (#40594)
Matthew W. George, Esq. (#48830)
1430 Wynkoop Street, Suite 300
Denver, CO 80202
Telephone: (303) 623-1800
Facsimile: (303) 623-0552
Email: mcollier@messner.com
         mgeorge@messner.com
**Counsel for Defendant Randy Gene Davidson, M.D.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of September, 2022, a true copy of the foregoing **DEFENDANT RANDY GENE DAVIDSON, M.D.'S UNOPPOSED MOTION TO RESET SCHEDULING CONFERENCE** was electronically filed via CM/ECF which will send notification of such to all Counsel of record.

*/s/ Matthew W. George*
Matthew W. George, #48830