IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.: 22-cv-01763-KLM

JASMIN WILSON, a minor child, by and through next friend and mother, Elisa Wilson,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF MONTEZUMA, COLORADO a/k/a "Montezuma County";
SHERIFF STEVEN NOWLIN, individually and in his official capacity;
ZACHARY SUMMERS, individually;
ANDREW DAULTON, individually;
SOUTHWEST HEALTH SYSTEM, INC, d/b/a Southwest Memorial Hospital;
MONTEZUMA COUNTY HOSPITAL DISTRICT;
RANDY GENE DAVIDSON, MD, individually,

    Defendants.

## [PROPOSED] ORDER RE: DEFENDANT RANDY GENE DAVIDSON, M.D.'S UNOPPOSED MOTION TO RESET SCHEDULING CONFERENCE

The Court, having considered Defendant Randy Gene Davidson, M.D.'s Unopposed Motion to Reset Scheduling Conference, the case file, and the applicable law, hereby GRANTS the Motion. The Court FINDS that the Scheduling Conference will be more productive once all appropriate parties have responded to the Complaint and exchanged initial disclosures. The Court therefore VACATES the previously set Scheduling Conference on October 17, 2022. The Scheduling Conference is hereby set for November __, 2022 at ____.

It is so ORDERED this __ day of October, 2022.

                                                      _____
                                                      Hon. Kristen L. Mix
                                                      District Court Judge