## AFFIDAVIT OF SERVICE

State of Colorado                                                                                         County of

Case Number: 22-CV-1763-LTB

Plaintiff:
**Jasmin Wilson**

vs.

Defendant:
**Board of County Commissioners of the County of Montezuma; Steven Nowlin; Zachary Summers; Andrew Daulton; Southwest Health System; Montezuma County Hospital District; Randy Davidso**

For:
Colorado West Pro-Serve & Investigations, Llc
2276 El Moro Ct.
Grand Junction, CO 81507

Received by Colorado West Pro-Serve & Investigations, Llc on the 20th day of September, 2022 at 2:59 pm to be served on **Southwest Health System, Inc., 516 E. Main St., Montrose, CO 81401**.

I, David Mills, being duly sworn, depose and say that on the **27th day of September, 2022 at 11:30 am, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **Summons in a Civil Action and First Amended Civil Rights Complaint With Request for Trial by Jury** with the date and hour of service endorsed thereon by me, to: **Aaron Brooks as Registered Agent** at the address of: **516 E. Main St., Montrose, CO 81401** on behalf of **Southwest Health System, Inc.**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

_____
David Mills
Process Server

Subscribed and affirmed, or sworn to before me in
the County of Delta, State of Colorado, this
**27th** day of **September**, 20**22**

_____
Notary Public

**12-20-2022**
My Commission Expires

Colorado West Pro-Serve & Investigations, Llc
2276 El Moro Ct.
Grand Junction, CO 81507
(970) 712-0878

Our Job Serial Number: MIL-2022001654
Ref: 2022001215

SAMANTHA MILLS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20104056823
MY COMMISSION EXPIRES DECEMBER 20, 2022