IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01763-KLM

JASMIN WILSON, a minor child, by and through next friend and mother, Elisa Wilson,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF MONTEZUMA, COLORADO a/k/a "Montezuma County";
SHERIFF STEVEN NOWLIN, individually and in his official capacity;
ZACHARY SUMMERS, individually;
ANDREW DAULTON, individually;
SOUTHWEST HEALTH SYSTEM, INC, d/b/a Southwest Memorial Hospital;
MONTEZUMA COUNTY HOSPITAL DISTRICT;
RANDY GENE DAVIDSON, MD, individually,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant Randy Gene Davidson, M.D.'s <u>Unopposed</u> Motion to Reset Scheduling Conference** [#16] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#16] is **GRANTED**. The Scheduling Conference set for October 17, 2022, at 10:30 a.m. is **VACATED** and **RESET** to **December 1, 2022**, at **10:30 a.m.** in Courtroom A-401 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.[1]

    IT IS FURTHER **ORDERED** that, **no later than November 25, 2022**, the parties shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures, as well as the Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction [#3-7].

    Dated: October 3, 2022

---

    [1] The dates suggested in the Motion to reset the Scheduling Conference are not available on the Court's calendar.