AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 22-cv-1763-LTB

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* SW MEMORIAL FOUNDATION INC.
was received by me on *(date)* 27 SEPTEMBER 2022.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* REBECCA TOVAULT , who is designated by law to accept service of process on behalf of *(name of organization)* FORTH & ASSOCIATES, PC REGISTERED AGENT FOR S.W. MEMORIAL FOUNDATION INC on *(date)* 27 SEPT. 2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 35— for travel and $ —0— for services, for a total of $ 35.00 .

I declare under penalty of perjury that this information is true.

Date: 27 SEPT 2022

*Server's signature*

KENNETH GEIGER   DEPUTY 7009
*Printed name and title*

730 E. DRISCOLL ST, CORTEZ, CO
*Server's address*

Additional information regarding attempted service, etc: