IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-1763-KLM

ESTATE OF KELROY NEWMAN, by and through putative personal representative, Bryanne Watts-Lucero, and
JASMIN WILSON, a minor child, by and through next friend and mother, Elisa Wilson

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF MONTEZUMA, COLORADO a/k/a "Montezuma County",
SHERIFF STEVEN NOWLIN, individually and in his official capacity,
ZACHARY SUMMERS, individually,
ANDREW DAULTON, individually,
SOUTHWEST HEALTH SYSTEM, INC, d/b/a Southwest Memorial Hospital,
MONTEZUMA COUNTY HOSPITAL DISTRICT, and
RANDY GENE DAVIDSON, MD, individually,

    Defendants.

---

**DEFENDANTS' JOINT, UNOPPOSED MOTION FOR EXTENSION OF TIME TO DESIGNATE NON-PARTIES AT FAULT**

---

Defendants BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF MONTEZUMA, COLORADO a/k/a "Montezuma County"; SHERIFF STEVEN NOWLIN, individually and in his official capacity; ZACHARY SUMMERS, individually; and ANDREW DAULTON, individually (collectively referred to as "County Defendants"); and SOUTHWEST HEALTH SYSTEM, INC, d/b/a Southwest Memorial Hospital; and RANDY GENE DAVIDSON, MD, individually, hereby submit this Joint, Unopposed Motion for Extension of Time to Designate Non-Parties at Fault and, in support, state as follows.

## CERTIFICATION

Undersigned counsel certify that they have conferred with counsel for Plaintiff regarding the relief set forth in this motion and that Plaintiff does not oppose this Motion.

A copy of this motion is being sent to Defendants as reflected in the below Certificate of Service.

## MOTION

1. Pursuant to C.R.S. § 13-21-111.5, "the finder of fact in a civil action may consider the degree or percentage of negligence or fault of a person not a party to the action, based upon evidence thereof, which shall be admissible, in determining the degree or percentage of negligence or fault of those persons who are parties to such action." *Id*. at (3)(a). The parties to an action are provided 90 days from the commencement of an action within which to designate non-parties at fault. *Id*. at (3)(b).

2. As such, the current deadline for the parties to designate any such non-parties at fault in this matter is October 13, 2022.

3. In this case, undersigned counsel for Defendants are still investigating the underlying facts of the matter to include the determination of whether any non-parties at fault exist. Indeed, none of the Defendants in this matter have yet filed their answers or other responsive pleadings to the Complaint and one Defendant (Montezuma County Hospital District) has not yet had counsel enter an appearance on behalf of it. Additionally, a Scheduling Conference has not yet taken place and discovery has not yet begun.

4.  Defendants, therefore, request an extension of 60 days, up and including December 12, 2022, within which to file their designations of non-parties at fault, if any. Such extension will allow undersigned counsel to investigate the underlying facts, circumstances, and players in the present action and make a determination of whether any persons or entities should be named as non-parties.

5.  This is Defendants' first request for an extension of the non-party deadline. There is no trial set in this matter, this motion is unopposed, and this motion is not being brought for purposes of undue delay. It is not believed that granting of this motion will cause unfair prejudice to any party.

WHEREFORE, Defendants respectfully request an order from this Court, extending the non-party deadline up to and including December 12, 2022.

Respectfully submitted,

Date:  October 13, 2022            s/ Ann B. Smith
                                   Ann B. Smith
                                       VAUGHAN & DeMURO
                                       111 South Tejon, Suite 545
                                       Colorado Springs, CO 80903
                                       (719) 578-5500 (phone)
                                       asmith@vaughandemuro.com (e-mail)
                                   ATTORNEY FOR COUNTY DEFENDANTS

Date: October 13, 2022             s/ Amy Cook Olson
                                   Amy Cook Olson, Esq.
                                       KLEIN COOK OLSON, LLC
                                       2130 Resort Dr. Unit E
                                       Steamboat Springs, Co 80487
                                       5445 DTC Parkway, #4

                                        Greenwood Village, CO 80111
                                        720-505-1819 (office)
                                        acookolson@kco-law.com (email)
                                        ATTORNEY FOR SOUTHWEST HEALTH SYSTEM, INC

Date: October 13, 2022          s/ Mark B. Collier
                                        Mark B. Collier, Esq.
                                        MESSNER REEVES LLP
                                        1430 Wynkoop Street, Suite 300
                                        Denver, CO 80202
                                        303-623-1800 (Phone)
                                        303-623-0552 (fax)
                                        mcollier@messner.com (e-mail)
                                        ATTORNEY FOR DEFENDANT DAVIDSON, MD

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of October, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Anna Holland Edwards, Esq.**
Anna@hheglaw.com

**Dan Weiss, Esq.**
dan@hheglaw.com

**Erica Grossman, Esq.**
erica@hheglaw.com

**Kevin D. Homiak, Esq.**
kevin@homiaklaw.com

**Mark B. Collier, Esq.**
mcollier@messner.com

**Matthew W. George, Esq.**
mgeorge@messner.com

**Amy Cook Olson, Esq.**
acookolson@kco-law.com

**Angela Klein, Esq.**
aklein@kco-law.com

and I hereby certify that the foregoing was e-mailed and/or placed in the U.S. Mail, postage prepaid, and addressed to the following:

**CLIENT COPIES [via e-mail or via counsel for party]**
Board Of County Commissioners
Sheriff Steven Nowlin
Zachary Summers
Andrew Daulton
Southwest Health System, Inc
Montezuma County Hospital District
Randy Gene Davidson

                                                s/ Ann B. Smith
                                                Ann B. Smith