IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-1763-KLM

ESTATE OF KELROY NEWMAN, by and through putative personal representative, Bryanne Watts-Lucero, and
JASMIN WILSON, a minor child, by and through next friend and mother, Elisa Wilson

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF MONTEZUMA, COLORADO a/k/a "Montezuma County",
SHERIFF STEVEN NOWLIN, individually and in his official capacity,
ZACHARY SUMMERS, individually,
ANDREW DAULTON, individually,
SOUTHWEST HEALTH SYSTEM, INC, d/b/a Southwest Memorial Hospital,
MONTEZUMA COUNTY HOSPITAL DISTRICT, and
RANDY GENE DAVIDSON, MD, individually,

    Defendants.

## ORDER GRANTING DEFENDANTS' JOINT, UNOPPOSED MOTION FOR EXTENSION OF TIME TO DESIGNATE NON-PARTIES AT FAULT

THE COURT, having reviewed Defendants' Joint, Unopposed Motion for Extension of Time to Designate Non-Parties at Fault, having reviewed the file, and being fully advised,

DOES HEREBY ORDER that the motion is GRANTED. Defendants shall file any designations of non-parties at fault on or before December 12, 2022.

Done this ____ day of _____, 2022.

                                                      BY THE COURT:

                                                      _____