IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01763-KLM

JASMIN WILSON, a minor child, by and through next friend and mother, Elisa Wilson,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF MONTEZUMA, COLORADO a/k/a "Montezuma County";
SHERIFF STEVEN NOWLIN, individually and in his official capacity;
ZACHARY SUMMERS, individually;
ANDREW DAULTON, individually;
SOUTHWEST HEALTH SYSTEM, INC, d/b/a Southwest Memorial Hospital;
MONTEZUMA COUNTY HOSPITAL DISTRICT;
RANDY GENE DAVIDSON, MD, individually,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendants' Joint, Unopposed Motion for Extension of Time to Designate Non-Parties at Fault** [#20] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#20] is **GRANTED**. Defendants have up to and including **December 12, 2022**, to designate non-parties at fault.

    Dated:  October 14, 2022