IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-1763-KLM

ESTATE OF KELROY NEWMAN, by and through
putative personal representative, Bryanne Watts-Lucero;
JASMIN WILSON, a minor child, by and through next
friend and mother, Elisa Wilson;

      Plaintiffs,
v.

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF MONTEZUMA, COLORADO;
SHERIFF STEVEN NOWLIN, individually and in his official capacity;
ZACHARY SUMMERS, individually;
ANDREW DAULTON, individually;
SOUTHWEST HEALTH SYSTEM, INC, d/b/a Southwest Memorial Hospital;
MONTEZUMA COUNTY HOSPITAL DISTRICT;
RANDY GENE DAVIDSON, MD, individually,

      Defendants.

---

### NOTICE OF VOLUNTARY DISMISSAL OF MONTEZUMA COUNTY HOSPITAL DISTRICT WITHOUT PREJUDICE

---

Plaintiffs, by and through their attorneys, HOLLAND, HOLLAND EDWARDS & GROSSMAN, LLC and HOMIAK LAW LLC gives this notice of voluntary dismissal of Defendant Montezuma County Hospital District pursuant to F.R.C.P. 41(a)(1)(A)(i) as follows:

1.    Plaintiffs have brought suit against various defendants related to the death of Kelroy Newman on July 18, 2021.

2.    Based on conversations with counsel for Southwest Health System, Inc, Plaintiffs understand that the Montezuma County Hospital District does not have any responsibility for the medical care in the hospital and does not employ any individual defendants or other hospital

medical staff.

3. No responsive pleading has been filed by this Defendant.

WHEREFORE the Plaintiffs voluntary dismiss the Defendant Montezuma County Hospital District **without prejudice**.

Respectfully submitted this 17th day of October, 2022.

| | |
|---|---|
| */s/ Anna Holland Edwards* | */s/ Kevin D. Homiak* |
| Anna Holland Edwards | Kevin D. Homiak, Esq. |
| John Holland | HOMIAK LAW LLC |
| Dan Weiss | 1001 Bannock Street, Suite 238 |
| HOLLAND, HOLLAND EDWARDS & GROSSMAN, LLC | Denver, Colorado 80204 |
| 1437 High Street | kevin@homiaklaw.com |
| Denver, Colorado, 80218 | *Attorney for Plaintiffs* |
| anna@hheglaw.com | |
| *Attorneys for Plaintiffs* | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of October, 2022, the foregoing was filed using the CM/ECF system. I hereby certify I will send electronic notification of said filing to the following recipients.

| | |
|---|---|
| Kevin D. Homiak | Ann B. Smith |
| HOMIAK LAW LLC | Isobel S. Thomas |
| kevin@homiaklaw.com | VAUGHAN & DEMURO |
| *Attorney for Plaintiffs* | asmith@vaughandemuro.com |
| | ithomas@thomaskeel.com |
| | *Attorneys for County Related Defendants* |
| Mark B. Collier | Amy Cook Olson |
| Matthew W. George | KLEIN COOK OLSON, LLC |
| MESSNER REEVES, LLP | acookolson@kco-law.com |
| mcollier@messner.com | *Attorney for Defendant Southwest Health* |
| mgeorge@messner.com | |
| *Attorney for Defendant Davidson* | |

/s/ Brooke Thiele-LaForest
Brooke Thiele-LaForest, Paralegal

2