IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-1763-KLM

ESTATE OF KELROY NEWMAN, by and through
putative personal representative, Bryanne Watts-Lucero;
JASMIN WILSON, a minor child, by and through next
friend and mother, Elisa Wilson;

    Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF
MONTEZUMA, COLORADO;
SHERIFF STEVEN NOWLIN, individually
and in his official capacity;
ZACHARY SUMMERS, individually;
ANDREW DAULTON, individually;
SOUTHWEST HEALTH SYSTEM, INC, d/b/a
Southwest Memorial Hospital;
MONTEZUMA COUNTY HOSPITAL
DISTRICT;
RANDY GENE DAVIDSON, MD,
individually,

    Defendants.

_____

## NOTICE OF ENTRY OF APPEARANCE
_____

PLEASE TAKE NOTICE that AMY COOK OLSON of KLEIN COOK OLSON, LLC hereby enters her appearance as counsel of record for Defendant for SOUTHWEST HEALTH SYSTEM, INC., d/b/a Southwest Memorial Hospital.

Dated: October 18, 2022.                    Respectfully submitted,

                                            KLEIN COOK OLSON LLC

                                            */s/ Amy Cook Olson*_____

                                            Amy Cook Olson, Esq.
                                            Angela Lund Klein, Esq.
                                            KLEIN COOK OLSON, LLC
                                            2130 Resort Drive, Unit E
                                            Steamboat Springs, Colorado 80487
                                            Telephone:  (720) 505-1819
                                            Facsimile:  (888) 975-0239
                                            acookolson@kco-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of October, 2022, a true and correct copy of the foregoing was filed and served via CM/ECF to all counsel of record in this matter.

Anna Holland Edwards
John Holland
Dan Weiss
Holland, Holland Edwards & Grossman, LLC
1437 High Street
Denver, Colorado 80218
303-860-1331
Anna@hheglaw.com

Kevin D. Homiak
Homiak Law, LLC
1001 Bannock Street, Suite 238
Denver, Colorado 80204
505-385-2614
Kevin@homiaklaw.com

*Attorneys for Plaintiff*

Ann Baumgartner Smith
Vaughan & DeMuro
111 South Tejon Street, Suite 545
Colorado Springs, CO 80903
719-578-5500

asmith@vaughandemuro.com

*Attorney for Board of County Commissioners of Montezuma, Colorado; Sheriff Steven Nowlin; Zachary Summers; Andrew Daulton*

Mark Collier
Matthew George
Messner Reeves, LLP
1430 Wynkoop Street, Suite 300
Denver, CO 80202
303-623-0552
mcollier@messner.com
mgeorge@messner.com

*Attorneys for Randy Gene Davidson, M.D.*

                                        *s/ Amy Cook Olson*
                                        Amy Cook Olson