IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-1763-KLM

ESTATE OF KELROY NEWMAN, by and through
putative personal representative, Bryanne Watts-Lucero;
JASMIN WILSON, a minor child, by and through next
friend and mother, Elisa Wilson;

    Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF MONTEZUMA, COLORADO;
SHERIFF STEVEN NOWLIN, individually and in his official capacity;
ZACHARY SUMMERS, individually;
ANDREW DAULTON, individually;
SOUTHWEST HEALTH SYSTEM, INC, d/b/a Southwest Memorial Hospital;
RANDY GENE DAVIDSON, MD, individually,

    Defendants.

**ELECTION CONCERNING CONSENT/NON-CONSENT TO
UNITED STATES MAGISTRATE JUDGE JURISDICTION**

Under 28 U.S.C. § 636(c) and

(1)     D.C.COLO.LCivR 40.1(c) (Assignment of Cases/Direct Assignment to Magistrate Judges);

or

(2)     Fed. R. Civ. P. 73 and D.C.COLO.LCivR 72.2 (Consent Jurisdiction of a Magistrate Judge);

or

(3)     D.C.COLO.LAPR 72.2 (Consent Jurisdiction of a Magistrate Judge).

**CHECK ONE**

_____   all parties in this civil action CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment;

**OR**

___XX___   at least one party in this civil action DOES NOT CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment.

Respectfully submitted this 21st day of November, 2022.

| | |
|---|---|
| */s/ Anna Holland Edwards* | */s/ Kevin D. Homiak* |
| Anna Holland Edwards | Kevin D. Homiak |
| Dan Weiss | HOMIAK LAW LLC |
| HOLLAND, HOLLAND EDWARDS & GROSSMAN, LLC | 1001 Bannock Street, Suite 238 |
| 1437 High Street | Denver, CO 80204 |
| Denver, CO 80218 | kevin@homiaklaw.com |
| anna@hheglaw.com | *Attorney for Plaintiffs* |
| dan@hheglaw.com | |
| *Attorneys for Plaintiff* | |
| | |
| */s/ Ann B. Smith* | */s/ Amy Cook Olson* |
| Ann B. Smith | Amy Cook Olson |
| VAUGHAN & DEMURO | KLEIN COOK OLSON, LLC |
| 111 South Tejon, Suite 545 | 2130 Resort Drive, Unit E |
| Colorado Springs, CO 80903 | Steamboat Springs, CO 80487 |
| asmith@vaughandemuro.com | acookolson@kco-law.com |
| *Attorneys for County Related Defendants* | *Attorneys for Southwest Health Defendant* |

*/s/ Mark B. Collier*
Mark B. Collier
Matthew W. George
MESSNER REEVES LLP
1430 Wynkoop Street, Suite 300
Denver, CO 80202
mcollier@messner.com
mgeorge@messner.com
*Attorneys for Defendant Davison*

2

## CERTIFICATE OF SERVICE

  I hereby certify that on the 21st day of November, 2022, the foregoing was filed using the CM/ECF system. I hereby certify I will send electronic notification of said filing to the following recipients.

Kevin D. Homiak
HOMIAK LAW LLC
kevin@homiaklaw.com
*Attorney for Plaintiffs*

Ann B. Smith
VAUGHAN & DEMURO
asmith@vaughandemuro.com
*Attorney for County Related Defendants*

Amy Cook Olson
KLEIN COOK OLSON, LLC
acookolson@kco-law.com
*Attorneys for Southwest Health Defendant*

Mark B. Collier
Matthew W. George
MESSNER REEVES LLP
mcollier@messner.com
mgeorge@messner.com
*Attorneys for Defendant Davison*

         */s/ Brooke Thiele-LaForest*
         Brooke Thiele-LaForest, Paralegal