IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Civil Action No. 22-cv-01763-PAB-KLM

ESTATE OF KELROY NEWMAN, by and through putative personal representative, Bryanne Watts-Lucero, and
J.W. a minor child, by and through next friend and mother, Elisa Wilson,

    Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF THE COUNT OF MONTEZUMA COLORADO,
SHERIFF STEVEN NOWLIN, individually and in his official capacity,
ZACHARY SUMMERS, individually,
ANDREW DAULTON, individually,
SOUTHWEST HEALTH SYSTEM, INC, d/b/a Southwest Memorial Hospital, and
RANDY GENE DAVIDSON, MD, individually,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Chief Judge Philip A. Brimmer**

    This matter is before the Court on the Complaint [Docket No. 1] and Amended Complaint [Docket No. 7]. The foregoing documents reveal the "name of an individual known to be a minor." Fed. R. Civ. P. 5.2(a). Pursuant to Fed. R. Civ. P. 5.2(h), "[a] person waives the protection of Rule 5.2(a) as to the person's own information by filing it without redaction and not under seal." Despite some authority to the contrary,[1] it is not clear to the Court that Elisa Wilson has the authority, or intended, to waive the protections of Rule 5.2(a) on behalf of the minor child plaintiff.

---

[1] *Orlandi ex rel. Colon v. Navistar Leasing Co.*, 2011 WL 3874870, at *1 n.1 (S.D.N.Y. Sep. 2, 2011) ("Although actions brought in the name of a minor should identify the minor only by her initials, this case was filed in 2009 with the infant Plaintiff's full name in the caption and throughout the Complaint. There is little point, therefore, in the Court's referring to the infant Plaintiff merely by her initials.") (citation omitted); *Stein v. Sparks*, 2009 WL 5066661, at *1 n.1 (E.D. Tenn. Dec. 16, 2009) ("Although [two of the plaintiffs] are minors, since Plaintiffs have failed to redact their names and use initials, the privacy protections are waived pursuant to Fed. R. Civ. P. 5.2(h).").

Therefore, it is

**ORDERED** that Docket Nos. 1 and 7 shall be restricted at Level One.  It is further

**ORDERED** that the caption on the Electronic Court Filing system as well as on all future pleadings shall comport with the caption on the present order.  It is further

**ORDERED** that, on or before **November 30, 2022**, plaintiffs shall re-file without restriction Docket Nos. 1 and 7 with redactions that comply with Fed. R. Civ. P. 5.2(a).

DATED November 23, 2022.