**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 22-cv-1763-PAB-KLM

ESTATE OF KELROY NEWMAN, by and through
putative personal representative, Bryanne Watts-Lucero;
JASMIN WILSON, a minor child, by and through next
friend and mother, Elisa Wilson;

    Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF
MONTEZUMA, COLORADO;
SHERIFF STEVEN NOWLIN, individually
and in his official capacity;
ZACHARY SUMMERS, individually;
ANDREW DAULTON, individually;
SOUTHWEST HEALTH SYSTEM, INC, d/b/a
Southwest Memorial Hospital;
MONTEZUMA COUNTY HOSPITAL
DISTRICT;
RANDY GENE DAVIDSON, MD,
individually,

    Defendants.
_____

## MOTION FOR TELEPHONIC APPEARANCE: SCHEDULING CONFERENCE
_____

Counsel for SOUTWEST HEALTH SYSTEM, INC., d/b/a Southwest Memorial Hospital, respectfully requests to appear at the December 2, 2022 Scheduling Conference by phone and as good cause describes as follows:

1.    Defendant Southwest Memorial Hospital, is located in Cortez, Colorado.

2.    Counsel for Southwest Memorial Hospital, is represented by Klein Cook Olson, LLC with offices in Steamboat Springs, Colorado.

3. The scheduling conference is set for December 2nd, 2022 at Alfred Araj Federal Courthouse in Denver, Colorado. While Counsel would normally travel to Denver for such conferences, a telephonic appearance is requested due to the inclement mountain weather forecasted for the remaining week (snowstorms & blizzards) along with prescheduled depositions that could interfere with travel.

WHEREFORE, counsel for Southwest Memorial Hospital respectfully requests to attend the December 2, 2022 Scheduling Conference by telephone.

Dated: November 29, 2022.

Respectfully submitted,

KLEIN COOK OLSON LLC

*/s/ Amy Cook Olson, Esq.*

Amy Cook Olson, Esq.
Angela Lund Klein, Esq.
KLEIN COOK OLSON, LLC
2130 Resort Drive, Unit E
Steamboat Springs, Colorado 80487
Telephone:  (720) 505-1819
Facsimile:  (888) 975-0239
acookolson@kco-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of November, 2022, a true and correct copy of the foregoing was filed and served via CM/ECF to all counsel of record in this matter.

*s/ Amy Cook Olson*
Amy Cook Olson