IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE KRISTEN L. MIX**

| | |
|---|---|
| Courtroom Deputy: Camden Pommenville | FTR - Reporter Deck - Courtroom A-401 |
| | Alfred A. Arraj United States Courthouse |
| Date: December 2, 2022 | |

Civil Action No.  22-cv-01763-PAB-KLM

*Parties*:  *Counsel*:

BRYANNE WATTS-LUCERO, ET AL.,   Anna Holland-Edwards
 Kevin Homiak
 Plaintiffs,  Dan Weiss

v.

BOARD OF COUNTY COMMISSIONERS  Ann Smith
OF THE COUNTY OF MONTEZUMA,  Mark Collier
COLORADO, ET AL.,  Amy Cook-Olson

 Defendants.

## COURTROOM MINUTES

**RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:   9:28 a.m.**
Court calls case. Appearances of counsel.

**The following will confirm the actions taken and dates set at the scheduling conference held this date:**

Parties shall file a joint supplement to the scheduling order on or before December 16, 2022.

Deadline for Joinder of Parties/Amendment of Pleadings: **January 31, 2023.**

Discovery Cut-off: **September 4, 2023.**

Dispositive Motions Deadline: **October 2, 2023.**

Plaintiff shall designate affirmative experts **on or before May 26, 2023.**

Defendant shall designate affirmative experts **on or before June 20, 2023.**

Parties shall designate rebuttal experts **on or before July 21, 2023.**

Each party group shall be limited to no more than **one (1)** expert per subject matter area of expertise, absent further leave of Court.

Each party group shall be limited to **fifteen (15)** depositions, **twenty-five (25)** interrogatories, **twenty-five (25)** requests for production, and **twenty-five (25)** requests for admissions, absent further leave of Court.

**Counsel shall call the Court by joint conference call for hearings regarding unresolved discovery disputes prior to filing any discovery motions.**

No **STATUS CONFERENCE** is set at this time. If the Court determines one is necessary, one will be set by Minute Order. The parties may request a status conference by contacting Chambers (303) 335-2770, preferably as a joint conference call, and request that one be set.

**FINAL PRETRIAL CONFERENCE** is set for **February 9, 2024 at 9:30 a.m.** before Magistrate Judge Kristen L. Mix. Final Pretrial Order is due **no later than seven (7) days** before the Final Pretrial Conference. (See the court's website **www.cod.uscourts.gov** for Instructions for Preparation and Submission).  In accordance with FED.R.Civ.P. 16(d), the conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.

Counsel and the parties must notify chambers (303-335-2770) at least **3 business days in advance** of any hearing requiring presentation of documentary evidence, so that the courtroom can be equipped with the appropriate electronic technology.

**TRIAL:**  A **Trial Preparation Conference and Trial** will be set at a future date before the Honorable Philip A. Brimmer.

Court discusses Magistrate Judge Mix's "Requirements of Practice" with counsel.

- Scheduling Order is signed and entered with interlineations on December 2, 2022.

HEARING CONCLUDED.
**Court in recess: 10:00**
Total Time:     00:32


To order transcripts of hearings, please contact either AB Litigation Services at (303)

629-8534 or Patterson Transcription Company at (303) 755-4536.