# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-1763-PAB-KLM

ESTATE OF KELROY NEWMAN, by and through
putative personal representative, Bryanne Watts-Lucero;
J. W., a minor child, by and through next friend and
mother, Elisa Wilson;

      Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS
OF THE COUNTY OF MONTEZUMA, COLORADO;
SHERIFF STEVEN NOWLIN, individually and in his official capacity;
ZACHARY SUMMERS, individually;
ANDREW DAULTON, individually;
SOUTHWEST HEALTH SYSTEM, INC, d/b/a Southwest Memorial Hospital;
RANDY GENE DAVIDSON, MD, individually,

      Defendants.

---

## NOTICE OF UNDISPUTED FACTS
---

Pursuant to the Court Order of December 2, 2022, the parties give notice of the following undisputed facts as follows:

1. At all times relevant hereto, Defendants Summers and Daulton were employees of the Montezuma County Sheriff's Office and acting in their capacity as deputies under the color of law.

2. Kelroy Newman was arrested on July 17, 2021.

3. Mr. Newman was taken to Southwest Memorial Hospital for medical clearance for incarceration.

4. Mr. Newman was seen by Dr. Davidson for medical clearance for incarceration.

5. Mr. Newman was booked into Montezuma County Detention Center on July 17, 2021.

6. Mr. Newman died on July 18, 2021.

Respectfully submitted this 15th day of December, 2022.

| | |
|---|---|
| *s/ Anna Holland Edwards* | *s/ Ann Smith* |
| Anna Holland Edwards | Ann Smith |
| Erica T. Grossman | VAUGHAN & DEMURO |
| Dan Weiss | 111 South Tejon Street, Suite 545 |
| HOLLAND, HOLLAND EDWARDS & GROSSMAN, LLC | Colorado Springs, CO 80903 |
| 1437 High Street | asmith@vaughandemuro.com |
| Denver, CO 80218 | *Attorneys for Defendants Montezuma* |
| anna@hheglaw.com | *County, Sheriff Nowlin, Zachary* |
| erica@hheglaw.com | *Summers, & Andrew Daulton* |
| dan@hheglaw.com | |
| | *s/ Mark Collier* |
| and | Mark Collier |
| | Matthew George |
| *s/ Kevin D. Homiak* | MESSNER REEVES LLP |
| Kevin Homiak | 1430 Wynkoop Street, Suite 300 |
| HOMIAK LAW LLC | Denver, CO 80202 |
| 1001 Bannock Street, Suite 238 | mcollier@messner.com |
| Denver, CO 80204 | mgeorge@messner.com |
| kevin@homiaklaw.com | *Attorneys for Defendant Randy* |
| *Attorneys for Plaintiffs* | *Davidson, M.D.* |
| | |
| | *s/ Amy E. Cook-Olson* |
| | Amy E. Cook-Olson |
| | Angela Lund Klein |
| | KLEIN COOK OLSON, LLC |
| | 2130 Resort Drive, Unit E |
| | Steamboat Springs, CO 80487 |
| | acookolson@kco-law.com |
| | aklein@kco-law.com |
| | *Attorneys for Defendant Southwest* |
| | *Health System, Inc, d/b/a Southwest* |
| | *Memorial Hospital* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of December, 2022, the foregoing was filed using the CM/ECF system. I hereby certify I will send electronic notification of said filing to the following recipients.

Kevin D. Homiak
HOMIAK LAW LLC
kevin@homiaklaw.com
*Attorney for Plaintiffs*

Amy Cook Olson
Angela Lund Klein
KLEIN COOK OLSON, LLC
acookolson@kco-law.com
aklein@kco-law.com
*Attorneys for Southwest Health Defendant*

Ann B. Smith
VAUGHAN & DEMURO
asmith@vaughandemuro.com
*Attorney for County Related Defendants*

Mark B. Collier
Matthew W. George
MESSNER REEVES LLP
mcollier@messner.com
mgeorge@messner.com
*Attorneys for Defendant Davison*

*/s/ Brooke Thiele-LaForest*
Brooke Thiele-LaForest, Paralegal

3