IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-1763-PAB-KLM

ESTATE OF KELROY NEWMAN, by and through putative personal representative, Bryanne Watts-Lucero, and
J.W., a minor child, by and through next friend and mother, Elisa Wilson,

    Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF MONTEZUMA, COLORADO a/k/a "Montezuma County,"
SHERIFF STEVEN NOWLIN, individually and in his official capacity,
ZACHARY SUMMERS, individually,
ANDREW DAULTON, individually,
SOUTHWEST HEALTH SYSTEM, INC, d/b/a Southwest Memorial Hospital, and
RANDY GENE DAVIDSON, MD, individually,

    Defendants.

---

## STIPULATION FOR EXTENSION OF TIME FOR COUNTY DEFENDANTS TO RESPOND TO PLAINTIFFS' FIRST DISCOVERY REQUESTS

---

The Plaintiffs and County Defendants, by and through their respective counsel, hereby stipulate and agree to the following:

1.    Pursuant to D.C.COLO.LCivR 6.1(a), the parties may stipulate in writing to one extension of not more than 21 days beyond the time limits prescribed by the Federal Rules of Civil Procedure to respond to interrogatories, requests for production of documents and requests for admission. The stipulation must be filed before the expiration of the original deadline to respond and shall be effective upon filing, unless otherwise ordered.

2. County Defendants were served with Plaintiffs' First Discovery Requests on December 14, 2022. Accordingly, County Defendants' responses to same are currently due on or before January 13, 2023.

3. Plaintiffs and County Defendants stipulate and agree to a 14-day extension of time (up to and including January 27, 2023) for County Defendants to serve their responses to Plaintiffs' First Discovery Requests.

Pursuant to D.C.COLO.LCivR 6.1(c), this Stipulation has been served contemporaneously by undersigned counsel on their respective clients.

Respectfully submitted this 12th day of January 2023

s/ ANNA HOLLAND EDWARDS
Anna Holland Edwards
Erica T. Grossman
John Holland
Dan Weiss
HOLLAND, HOLLAND EDWARDS & GROSSMAN, PC
1437 High Street
Denver, CO  80218
anna@hheglaw.com
erica@hheglaw.com
john@hheglaw.com
dan@hheglaw.com

and

Kevin D. Homiak
HOMIAK LAW LLC
1001 Bannock Street, Suite 238
Denver, CO 80204
kevin@homiaklaw.com
*Attorneys for Plaintiffs*

s/ ANN B. SMITH
Ann B. Smith
VAUGHAN & DEMURO
111 South Tejon Street, Suite 545
Colorado Springs, CO 80903
asmith@vaughandemuro.com

*Attorneys for Defendants Montezuma County, Sheriff Nowlin, Zachary Summers, & Andrew Daulton*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of January 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| **Mark B. Collier, Esq.** | **Matthew W. George, Esq.** |
|---|---|
| mcollier@messner.com | mgeorge@messner.com |
| **Amy Cook Olson, Esq.** | **Angela Klein, Esq.** |
| acookolson@kco-law.com | aklein@kco-law.com |

and I hereby certify that the foregoing was placed in the U.S. Mail, postage prepaid, and addressed to the following:

Plaintiffs through counsel via personal email
County Defendants through counsel via personal email

s/ Ann B. Smith