**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 22-cv-01763-KLM

ESTATE OF KELROY NEWMAN, by and through
putative personal representative, Bryanne Watts-Lucero;
J.W., a minor child, by and through next
friend and mother, Elisa Wilson,

    Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF MONTEZUMA,
COLORADO;
SHERIFF STEVEN NOWLIN, individually and in his official capacity;
ZACHARY SUMMERS, individually;
ANDREW DAULTON, individually;
SOUTHWEST HEALTH SYSTEM, INC, d/b/a Southwest Memorial Hospital;
RANDY GENE DAVIDSON, MD, individually,

    Defendants.

---

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT RANDY GENE DAVIDSON, M.D. TO RESPOND TO PLAINTIFFS' FIRST DISCOVERY REQUESTS**

---

The Plaintiffs and Defendant Randy Gene Davidson, M.D., by and through their respective counsel, hereby stipulate and agree to the following:

1. Pursuant to D.C.COLO.LCivR 6.1(a), the parties may stipulate in writing to one extension of not more than 21 days beyond the time limits prescribed by the Federal Rules of Civil Procedure to respond to interrogatories, requests for production of documents and requests for admission. The stipulation must be filed before the expiration of the original deadline to respond and shall be effective upon filing, unless otherwise ordered.

1

2. Dr. Davidson was served with Plaintiffs' First Discovery Requests on December 14, 2022. Accordingly, Dr. Davidson's responses to same are currently due on or before January 13, 2023.

3. Plaintiffs and Dr. Davidson stipulate and agree to a 14-day extension of time (up to and including January 27, 2023) for Dr. Davidson to serve his responses to Plaintiffs' First Discovery Requests.

Pursuant to D.C.COLO.LCivR 6.1(c), this Stipulation has been served contemporaneously by undersigned counsel on their respective clients.

Respectfully submitted this 13th day of January, 2023.

/s/Anna Holland Edwards
Anna Holland Edwards
Erica T. Grossman
John Holland
Dan Weiss
HOLLAND, HOLLAND EDWARDS & GROSSMAN, PC
1437 High Street
Denver, CO 80218
E-mail: anna@hheglaw.com
erica@hheglaw.com
john@hheglaw.com
dan@hheglaw.com

and

Kevin D. Homiak
HOMIAK LAW LLC
1001 Bannock Street, Suite 238
Denver, CO 80204
E-mail: kevin@homiaklaw.com
*Attorneys for Plaintiffs*

s/ Matthew W. George
Mark B. Collier
Matthew W. George
MESSNER REEVES LLP
1550 Wewatta Street, Suite 710
Denver, CO 80202
Telephone: (303) 623-1800
Facsimile: (303) 623-0552
E-mail: mcollier@messner.com
mgeorge@messner.com
*Attorneys for Randy Gene Davidson, M.D*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of January 2023, a true copy of the foregoing **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT RANDY GENE DAVIDSON, M.D. TO RESPOND TO PLAINTIFFS' FIRST DISCOVERY REQUESTS** was electronically served via email upon the following:

*Attorney for County Defendants*:
Ann B. Smith, Esq.
VAUGHN & DEMURO
111 South Tejon, Suite 545
Colorado Springs, CO 80903
Telephone: (719) 578-5500
E-mail: asmith@vaughnanddemuro.com

*Attorneys for Southwest Health System, Inc.*:
Amy Cook Olson, Esq.
Angela Lund Klein, Esq.
KLEIN COOK OLSON, LLC
2130 Resort Drive, Unit E
Steamboat Springs, CO 80487
Telephone: (720) 505-1819
E-mail: acookolson@kco-law.com
aklein@kco-law.com

          *s/ Matthew W. George*