**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 22-cv-1763-PAB-KLM

ESTATE OF KELROY NEWMAN, by and through
putative personal representative, Bryanne Watts-Lucero;
J.W., a minor child, by and through next friend and
mother, Elisa Wilson;

    Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF MONTEZUMA, COLORADO;
SHERIFF STEVEN NOWLIN, individually and in his official capacity;
ZACHARY SUMMERS, individually;
ANDREW DAULTON, individually;
SOUTHWEST HEALTH SYSTEM, INC, d/b/a Southwest Memorial Hospital;
RANDY GENE DAVIDSON, MD, individually,

    Defendants.

---

**PLAINTIFFS' MOTION FOR MODIFICATION OF THE SCHEDULING ORDER RELATING TO AMENDMENT OF PLEADINGS DEADLINE**

---

Plaintiffs, by and through their attorneys, HOLLAND, HOLLAND EDWARDS & GROSSMAN, P.C. and HOMIAK LAW LLC, hereby file this Motion for a Modification of the Scheduling Order Relating to Amendment of Pleadings Deadline, and as grounds therefore states as follows:

**CERTIFICATION PURSUANT TO D.C.COLO.LCivR. 7.1**

Counsel for Plaintiffs certify that they conferred with counsel for Defendants. Counsel for Southwest Health Systems, Inc. and Counsel for Dr. Davidson oppose this motion. Counsel for the County related Defendants take no position on this motion, as this motion concerns an extension to amend to add a claim against the hospital only.

1. This case involves the death of Kelroy Newman while an inmate in the Montezuma County Jail ("MCDC"). During booking into the jail, Mr. Newman was found to have a critically high blood alcohol level of .421 and face and head injuries and sent to Southwest Memorial Hospital for medical clearance ("SWMH"). At SWMH, Mr. Newman was evaluated for approximately ten minutes before he was "cleared" for jail and transferred to MCDC, which had no medical staff on duty. Mr. Newman's medical condition deteriorated over the course of the evening, and he died from complications of alcohol withdrawal on the floor of the jail cell the next morning.

2. In the operative Complaint, Plaintiffs brought negligence claims against SWMH and Dr. Davidson, well as federal and state law claims against the County Defendants.

3. Under the current Scheduling Order, the deadline for Joinder of Parties and Amendment of Pleadings is "January 31, 2023 or in accordance with F.R.C.P. 15." (ECF 43, at 15). Plaintiffs are requesting that this deadline be extended only with respect to adding an additional claim against the hospital under EMTALA.[1] Plaintiffs are not seeking an extension to the deadline to add parties or claims against the other defendants.

4. The parties have been engaging in discovery and working to set depositions.

5. Plaintiffs served written discovery requests on December 14, 2022, which SWMH answered January 13, 2023. Counsel for Plaintiffs are currently conferring with counsel for SWMH about deficiencies in those discovery responses to ascertain whether Court intervention will be necessary. Relevant to this motion, Plaintiffs have asked for policies and procedures used

---

[1] Plaintiffs have been working to ascertain whether to add a claim under EMTALA against the hospital related to the lack of screening of Mr. Newman before he was 'cleared' for jail, the lack of testing and stabilizing before transfer to the jail, which was known to have no medical staff or capabilities.

2

for screening medical conditions and transferring to jail. SWMH has indicated the need for a protective order before those policies can be produced.

6. Plaintiffs have drafted a protective order and circulated that on January 30, 2023.

7. Counsel are traveling to Cortez to take County and Medical related depositions during the week of February 13, but have only been able to schedule one witness from SWMH at this point. The parties will continue working to schedule those depositions. Counsel for Plaintiff believe it is in the interest of justice and judicial economy to obtain the outstanding written discovery and complete the requested depositions of SWMH employees prior to determining whether to seek leave to amend the complaint to add a claim for EMTALA violations against SWMH.

8. Thus, while counsel takes the position that it would be proper to move to amend to bring such a claim once the discovery is obtained, undersigned ask that the deadline for amendment of pleadings with respect to this claim against SWMH be changed to two weeks after SWMH's policies and protocols are received, and the depositions of Nurses Gaddis and Oliver, and Doctors Davidson and Fowler are completed.

9. Discovery has just begun, no depositions have yet been taken with several scheduled for February. The discovery cut off in this matter is September 4, 2023. Thus, should such a claim be added, there will be no prejudice to SWMH based on this extension as there will be plenty of time during discovery to conduct any discovery related there to. This motion is in the interests of justice and judicial economy.

WHEREFORE, the Plaintiffs respectfully request that this Court grant this motion.

Respectfully submitted this 31st day of January, 2023.

*/s/ Anna Holland Edwards*
Anna Holland Edwards
Dan Weiss
HOLLAND, HOLLAND EDWARDS & GROSSMAN, LLC
1437 High Street
Denver, CO 80218
anna@hheglaw.com
dan@hheglaw.com
*Attorneys for Plaintiff*

*/s/ Kevin D. Homiak*
Kevin D. Homiak
HOMIAK LAW LLC
1001 Bannock Street, Suite 238
Denver, CO 80204
kevin@homiaklaw.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of January, 2023, the foregoing was filed using the CM/ECF system. I hereby certify I will send electronic notification of said filing to the following recipients.

Kevin D. Homiak
HOMIAK LAW LLC
kevin@homiaklaw.com
*Attorney for Plaintiffs*

Ann B. Smith
VAUGHAN & DEMURO
asmith@vaughandemuro.com
*Attorney for County Related Defendants*

Amy Cook Olson
Angela Lund Klein
KLEIN COOK OLSON, LLC
acookolson@kco-law.com
aklein@kco-law.com
*Attorneys for Southwest Health Defendant*

Mark B. Collier
Matthew W. George
MESSNER REEVES LLP
mcollier@messner.com
mgeorge@messner.com
*Attorneys for Defendant Davison*

*/s/ Brooke Thiele-LaForest*
Brooke Thiele-LaForest, Paralegal

4