**Amy Cook Olson**

**Subject:**        FW: Depositions feb 13 to 17, and EMTALA claim

**From:** Anna Holland Edwards <anna@hheglaw.com>
**Sent:** Monday, January 30, 2023 11:36 AM
**To:** Mark Collier <mcollier@messner.com>
**Cc:** Amy Cook Olson <acookolson@kco-law.com>; Brooke Thiele-LaForest <brooke@hheglaw.com>; Ann Smith <asmith@vaughandemuro.com>; Angela Klein <aklein@kco-law.com>; Matthew W. George <MGeorge@messner.com>; Kevin Homiak <Kevin@homiaklaw.com>; Dan Weiss <dan@hheglaw.com>; Jennifer Loadman <jennifer@homiaklaw.com>; Erica Grossman <erica@hheglaw.com>; Paula Gieck <PGieck@vaughandemuro.com>; Kimberly Easton <keaston@vaughandemuro.com>; Trisha Eckhardt <teckhardt@messner.com>; Alli Kolega <akolega@messner.com>
**Subject:** Depositions feb 13 to 17, and EMTALA claim

Hi Everyone

I'm working on a schedule for all the people we have asked for.  I have received all the county availability I asked for, but haven't heard about Nurse Oliver or Dr. Fowler.  We've asked several times for this.  It is my preference of course to set by agreement, but we are going to be down there to take depositions and we need to get these two done that week also.  I tentatively have them on my schedule for Feb 15, but could probably do theirs on Feb 14 if that's better.

Here is a **tentative** plan depending on whether Nurse Oliver and Dr. Fowler prefer 2.14:

2/13 Watts-Lucero (am), Wilson (pm
2/14 -- Deputies Ruiz, Durban and Guttridge
2/15 -- RN Oliver, Dr. Fowler
2/16 -- Officer Osborn (has requested a 10 am start), Nurse Hernandez
2/17 -- Nurse Gaddis

If we haven't heard about RN Oliver and Dr. Fowler by the end of the day we will notice them for the 15th out of necessity in terms of keeping this week as a functional deposition week.

On the EMTALA point, we think it would be much better to have the depositions of the hospital workers and defendant Doctor taken before amending, but we have enough to do it now and will move to amend to add the claim today or tomorrow if we can't get agreement to the extension.

Thanks
Anna