# HOLLAND HOLLAND EDWARDS & GROSSMAN LLC

John Holland
Anna Holland Edwards
Erica Grossman
Dan Weiss
Rachel Kennedy

January 13, 2022

Phil Weiser
Colorado Attorney General
Attention Tort Litigation
Carr Judicial Building
1300 Broadway, 10th Floor
Denver, CO 80203

VIA CERTIFIED MAIL
70202450000058393169

Michael F. Green PC
Cortez Police Department
City Attorney, Cortez Colorado
230 W North Street
Cortez, CO 81321

VIA CERTIFIED MAIL
70202450000058393176

Ian MacLaren
County Attorney for Montezuma
County Board of County Commissioners and
Montezuma County Law Enforcement Authority
109 W. Main Street, Room 135
Cortez, CO 81321

VIA CERTIFIED MAIL
70202450000058393183

Erin Johnson
Attorney for the Montezuma County Sheriff
90 S. Glasgow Avenue
Rico, CO 81332

VIA CERTIFIED MAIL
70202450000058393190

Montezuma County Hospital District Board of Directors
Montezuma County Hospital District
Joseph Dean Matthews or Current Chair
Bill Thompson, Vice-Chairman
Fred DeWitt, Board of Directors member
Gala Pock, Board of Directors member
James Harrell, Board of Directors member
Rob Dobry, Secretary/Treasurer Board of Directors
PO Box 1034
Cortez, CO 81321

VIA CERTIFIED MAIL
70202450000058393206

Montezuma County Hospital District Board of Directors
c/o Heidi Trainor
1 West Main Street, Suite #5

VIA CERTIFIED MAIL
70202450000058393213

1437 N. High Street, Denver, Colorado 80218
P 303-860-1331 F 303-832-6506 www.hheglaw.com
john@hheglaw.com | anna@hheglaw.com | erica@hheglaw.com | dan@hheglaw.com | rachel@hheglaw.com

Cortez, CO 81321

Kelly McCabe  
Attorney for Montezuma County  
Hospital District Board of Directors  
P.O. Box 1296  
Cortez, CO 81321

VIA CERTIFIED MAIL  
70180360000033662319

Southwest Health System Board of Directors  
Dan Valverde, Chairperson  
Susan Hodgdon, Vice-Chairperson  
Shirley Jones, Secretary/Treasurer  
Sean Killroy, Director  
1311 N Mildred Road  
Cortez, CO 81321

VIA CERTIFIED MAIL  
70180360000033662326

    **RE:** **Colorado Governmental Immunity Act Notice of Claims Pursuant to Sections 24-10-106, 24-10-109, and 24-10-118, C.R.S.**

    Claimant:    Bryanne Watts Lucero and Jasmine Wilson  
    Address:    c/o Bryanne Watts Lucero, PO Box 2, Shiprock, NM 87420

Dear Public Officials:

    This letter is to notify your respective offices of legal claims that may be brought by the family of Kelroy Newman. Mr. Newman was held at the Montezuma County Detention Center on July 18, 2021. Mr. Newman was kept at the Montezuma County Detention Center despite his very high blood alcohol and high likelihood of alcohol withdrawal and even though the Detention Center has no medical staff or withdrawal protocols. Mr. Newman complained of withdrawal related symptoms but was ignored and died in his cell.

### Statement of the Factual Basis of the Claim and Injuries

    Mr. Newman was arrested on July 17, 2021 by Cortez Police Department. He was taken to the Montezuma County Detention Center/Jail at 730 East Driscoll Street in Cortez, Colorado. Upon arrival there, he was found to have an incredibly high blood alcohol level of .421. He was taken to Southwest Memorial Hospital where he was "cleared" to go to the jail, but the medical records indicate no meaningful exam or testing was conducted. Mr. Newman appears to have been at the hospital for less than half an hour.

    The Montezuma County Detention Center is not equipped to handle people with a high level of blood alcohol or who may be going through withdrawal. It has no medical staff and no CIWA protocols in place.

Mr. Newman complained to jail staff about head pain, fear that he was going through withdrawal, and he asked to be taken to the hospital, but he was repeatedly ignored by jail staff. Finally, he was found dead in his cell the next morning.

Mr. Newman's mother and daughter grieve his loss and intend to bring claims related to his abandonment in this medical crisis.

### Public Employees Involved

Many of the involved individuals are or were public employees, however not all names are currently known. Although not all names of all public employees are presently known, the following is a partial list of those who were or may have been involved in the complained-of conduct:

Deputy Summers
Zachary Summers
Daniel Ruiz
Andrew Daulton
Daylan Guttridge
Bryce Durbin
Sheriff Steven Nowlin
Detention Lieutenant Vici Pierce
Staff Sergeant Garet Talley

These workers are likely to be contactable through the Montezuma County Detention Center, 730 East Driscoll Street, Cortez, Colorado, 81321.

Medical workers at the hospital are also involved, some of whom may be public employees. Not all names of those involved are known, however the following is a partial list of those who were or may have been involved in the complained-of conduct:

Randy Gene Davidson, MD
Nancy Thurman
Jennifer Gaddis
John Mathers, DO

These workers can be found at 1311 N. Mildred, Cortez, CO 81321.

Police officers from the Cortez Police Department may also be involved. Not all such individuals are currently known, but include Charles Osborn, who can be found at the Cortez Police Department, located at 608 N Park St, Cortez, CO 81321.

### Statement of Damages Requested

It is not possible to ascertain a specific number related to the death of the Claimant's son and father. To the extent a specific number is required, claimants demand $3,000,000.00.

## Claims and Information

The claims against the involved public employees include, but are not limited to, negligence in the operation of a jail, negligence in the operation of a hospital, and willful and wanton negligence causing wrongful death. These claims may be brought under C.R.S. § 24-10-106(1)(b), C.R.S. § 24-10-105, and C.R.S. § 24-10-118.

The family of Mr. Newman and his Estate will also pursue federal claims for unconstitutional conduct against individuals and entities, for which no notice is required, and will seek all damages permitted by cases like *Berry v. Muskogee*, 900 F2d 1489 (10th Cir 1992) as well as attorneys fees and costs under 42 USC § 1988.

To the extent any private workers, health care workers or otherwise, were involved in Mr. Newman's death, they are not public entities or public employees under the Colorado Governmental Immunities Act and thus do not benefit from sovereign immunity under state law and are not entitled to notice of claims. Notice as to any private companies or individuals is given prophylactically. Claims for negligence will be brought against any such companies or employees, as well as claims under 42 U.S.C. §1983.

It appears that the hospital is run by a governmental entity but also by a non-profit and that the non-profit is responsible for the medical care. If that is the case, the hospital is not entitled to Governmental Immunity, but this notice is given to both the Hospital District and the Non-Profit.

To the extent any of these private health care workers or entities are public, this letter constitutes notice of claims against them for negligence in the operation of a jail and willful and wanton wrongful death.

We can be reached to discuss this matter at 303-860-1331.

Sincerely,

Anna Holland Edwards

4