IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-1763-PAB-KLM

ESTATE OF KELROY NEWMAN, by and through putative personal representative, Bryanne Watts-Lucero, and
J.W., a minor child, by and through next friend and mother, Elisa Wilson,

    Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF MONTEZUMA, COLORADO a/k/a "Montezuma County,"
SHERIFF STEVEN NOWLIN, individually and in his official capacity,
ZACHARY SUMMERS, individually,
ANDREW DAULTON, individually,
SOUTHWEST HEALTH SYSTEM, INC, d/b/a Southwest Memorial Hospital, and
RANDY GENE DAVIDSON, MD, individually,

    Defendants.

---

## ENTRY OF APPEARANCE

---

Attorney Gordon L. Vaughan, of the law firm of Vaughan & DeMuro, hereby enters his appearance on behalf of Defendants BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF MONTEZUMA, COLORADO a/k/a "Montezuma County"; SHERIFF STEVEN NOWLIN, individually and in his official capacity; ZACHARY SUMMERS, individually; and ANDREW DAULTON, individually (collectively referred to as "County Defendants").

                                                      Respectfully submitted,

Date: February 14, 2023                        s/ Gordon L. Vaughan
                                                     Gordon L. Vaughan
                                                     VAUGHAN & DeMURO
                                                     111 South Tejon, Suite 545
                                                   Colorado Springs, CO 80903
                                                   (719) 578-5500 (phone)
                                                   (719) 578-5504 (fax)
                                                   gvaughan@vaughandemuro.com (e-mail)
                                              ATTORNEY FOR COUNTY DEFENDANTS

## CERTIFICATE OF SERVICE

       I hereby certify that on this 14th day of February, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Anna Holland Edwards, Esq.**
Anna@hheglaw.com

**Dan Weiss, Esq.**
dan@hheglaw.com

**Erica Grossman, Esq.**
erica@hheglaw.com

**Kevin D. Homiak, Esq.**
kevin@homiaklaw.com

**Mark B. Collier, Esq.**
mcollier@messner.com

**Matthew W. George, Esq.**
mgeorge@messner.com

**Amy Cook Olson, Esq.**
acookolson@kco-law.com

**Angela Klein, Esq.**
aklein@kco-law.com

and I hereby certify that the foregoing was placed in the U.S. Mail, postage prepaid, and addressed to the following:

[none]

s/ Gordon L. Vaughan
Gordon L. Vaughan
