**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 22-cv-1763-PAB-KLM

ESTATE OF KELROY NEWMAN, by and through
putative personal representative, Bryanne Watts-Lucero;
J.W., a minor child, by and through next friend and
mother, Elisa Wilson;

      Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS
OF THE COUNTY OF MONTEZUMA, COLORADO;
SHERIFF STEVEN NOWLIN, individually and in his official capacity;
ZACHARY SUMMERS, individually;
ANDREW DAULTON, individually;
SOUTHWEST HEALTH SYSTEM, INC, d/b/a Southwest Memorial Hospital;
RANDY GENE DAVIDSON, MD, individually,

      Defendants.

---

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER
CONCERNING CONFIDENTIAL INFORMATION**

---

The parties, by and through their respective counsel, pursuant to Fed. R. Civ. P. 26(c), hereby submit this Joint Motion for Entry of Stipulated Protective Order Concerning Confidential Information, as follows:

    1.    Certain Southwest Memorial Hospital and Montezuma County documents that may be requested in this matter, may contain certain policy, procedure, and operations information as to which the Defendants have institutional or detentions security or clinical concerns or other confidential interests. Certain documents may also contain health information concerning Kelroy Newman, which the parties may wish to remain confidential. Specifically, because this case

involves a claim that detentions staff were deliberately indifferent to a serious medical need, it likely will involve Mr. Newman's medical history and various hospital or jail clinical standards that a party may seek to maintain as confidential.

2. The parties have mutually agreed that the production of these documents should be subject to a protective order such that confidentiality can be assessed by the parties protected from public dissemination as appropriate.

3. The parties respectfully request the accompanying Protective Order be entered by this Court to govern the handling of confidential information produced in this litigation.

WHEREFORE, for all of the foregoing reasons, the parties respectfully request this Court enter the attached Protective Order Concerning Confidential Information as an attached Order of this Court.

Respectfully submitted this 21st day of February 2023.

| | |
|---|---|
| */s/ Anna Holland Edwards* | */s/Ann Smith* |
| Anna Holland Edwards | Ann B. Smith |
| Dan Weiss | Gordan L. Vaughan |
| HOLLAND, HOLLAND EDWARDS & GROSSMAN, PC | VAUGHAN & DEMURO |
| 1437 High Street | 111 South Tejon Street, Suite 545 |
| Denver, CO  80218 | Colorado Springs, CO 80903 |
| anna@hheglaw.com | asmith@vaughandemuro.com |
| dan@hheglaw.com | *Attorneys for Defendants Montezuma County, Sheriff Nowlin, Zachary Summers, & Andrew Daulton* |
| and | |
| */s/ Kevin D. Homiak* | |
| Kevin Homiak | */s/Mark Collier* |
| HOMIAK LAW LLC | Mark Collier |
| 1001 Bannock Street, Suite 238 | Matthew George |
| Denver, CO 80204 | MESSNER REEVES LLP |
| kevin@homiaklaw.com | 1430 Wynkoop Street, Suite 300 |
| *Attorneys for Plaintiffs* | Denver, CO  80202 |
| | mcollier@messner.com |
| | mgeorge@messner.com |

2

*Attorneys for Defendant Randy Davidson, M.D.*

*/s/Amy E. Cook Olson*
Amy E. Cook Olson
Angela Lund Klein
KLEIN COOK OLSON, LLC
2130 Resort Drive, Unit E
Steamboat Springs, CO 80487
acookolson@kco-law.com
aklein@kco-law.com
*Attorneys for Defendant Southwest Health System, Inc, d/b/a Southwest Memorial Hospital*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of February, 2023, the foregoing was filed using the CM/ECF system. I hereby certify I will send electronic notification of said filing to the following recipients.

| | |
|---|---|
| Kevin D. Homiak<br>HOMIAK LAW LLC<br>kevin@homiaklaw.com<br>*Attorney for Plaintiffs* | Ann B. Smith<br>Gordan L. Vaughan<br>VAUGHAN & DEMURO<br>asmith@vaughandemuro.com<br>gvaughan@vauhandemuro.com<br>*Attorney for County Related Defendants* |
| Amy Cook Olson<br>Angela Lund Klein<br>KLEIN COOK OLSON, LLC<br>acookolson@kco-law.com<br>aklein@kco-law.com<br>*Attorneys for Southwest Health Defendant* | Mark B. Collier<br>Matthew W. George<br>MESSNER REEVES LLP<br>mcollier@messner.com<br>mgeorge@messner.com<br>*Attorneys for Defendant Davison* |

*/s/ Brooke Thiele-LaForest*
Brooke Thiele-LaForest, Paralegal

3