### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-1763

ESTATE OF KELROY NEWMAN, by and
through putative personal representative,
Bryanne Watts-Lucero;
J.W., a minor child, by and through next friend
and mother, Elisa Wilson;

       Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF
MONTEZUMA, COLORADO;
SHERIFF STEVEN NOWLIN, individually
and in his official capacity;
ZACHARY SUMMERS, individually;
ANDREW DAULTON, individually;
SOUTHWEST HEALTH SYSTEM, INC, d/b/a
Southwest Memorial Hospital;
RANDY GENE DAVIDSON, MD,
individually,

       Defendants.

---

### PLAINTIFFS' MOTION FOR WITHDRAWAL OF COUNSEL
---

Plaintiffs, by and through undersigned counsel, hereby file this Motion for Withdrawal of Counsel pursuant to D.C.COLO.LAttyR 5(b). Plaintiffs request that attorney Kevin D. Homiak of HOMIAK LAW LLC be withdrawn as their counsel of record in this matter. Good cause exists for this motion because, as of April 3, 2023, Mr. Homiak will no longer work at the firm of HOMIAK LAW LLC and will be starting as Of Counsel at WHEELER TRIGG O'DONNELL on April 4, 2023. Plaintiffs have been notified and have approved of this withdrawal and will continue to be represented in this matter by undersigned counsel from HOLLAND, HOLLAND EDWARDS &

1

GROSSMAN, LLC. Pursuant to D.C.COLO.LCivR 7.1(b)(4), no conferral with opposing counsel is required for this Motion.

DATED this 27th day of March, 2023.

        Respectfully submitted,

        *s/ Kevin D. Homiak*
        Kevin D. Homiak, Esq.
        HOMIAK LAW LLC
        1001 Bannock Street, Suite 238
        Denver, Colorado 80204
        505-385-2614
        kevin@homiaklaw.com

        and

        Anna Holland Edwards
        John Holland
        Erica Grossman
        Dan Weiss
        HOLLAND, HOLLAND EDWARDS & GROSSMAN, LLC
        1437 High Street
        Denver, Colorado, 80218
        303-860-1331
        anna@hheglaw.com

        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 27th day of March, 2023, a true and correct copy of the foregoing was filed and served via CM/ECF to all counsel of record in this matter.

                                                      *s/ Kevin D. Homiak*
                                                      Kevin D. Homiak