IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01763-PAB-KLM

ESTATE OF KELROY NEWMAN, by and through putative personal representative, Bryanne Watts-Lucero;
J.W., a minor child, by and through next friend and mother, Elisa Wilson,

    Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF MONTEZUMA, COLORADO;
SHERIFF STEVEN NOWLIN, individually and in his official capacity;
ZACHARY SUMMERS, individually;
ANDREW DAULTON, individually;
SOUTHWEST HEALTH SYSTEM, INC, d/b/a Southwest Memorial Hospital;
RANDY GENE DAVIDSON, MD, individually,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiffs' Motion for Withdrawal of Counsel** [#61] (the "Motion"). The Motion [#61] seeks to withdraw Kevin D. Homiak ("Homiak") of Homiak Law LLC as counsel for Plaintiffs.

    IT IS HEREBY **ORDERED** that the Motion [#61] is **GRANTED**. Attorney Homiak is relieved of any further representation of Plaintiffs in this case. The Clerk of Court is instructed to terminate Attorney Homiak as counsel of record, and the Clerk of Court shall remove his name from the electronic certificate of mailing. Plaintiffs continue to be represented by Anna C. Holland-Edwards and the other counsel of record.

    Dated:   March 28, 2023