Exhibit 1

Restricted (Level One)

Proposed Second Amended Complaint