Exhibit 2

Restricted (Level One)

Redline Proposed Second Amended Complaint