Exhibit 5

# ZOOM VIDEOCONFERENCE DEPOSITION OF
# **BRYCE DURBIN**

## **2/14/23**

---

## Civil Action No. 22-cv-1763-PAB-KLM

## **ESTATE OF KELROY NEWMAN, et al. vs BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF MONTEZUMA, COLORADO, et al.**

---

## **United States District Court**
## **District of Colorado**

ANIMAS REPORTING SERVICE
919 County Road 142
Durango, Colorado 81303
877.385.4268/970.385.4268
animas@animas.net
animasreporting.com

1.877.385.4268                                                    970.385.4268

BRYCE DURBIN

## Page 9

1  A  It'd would be above a .200.
2  Q  And, so, if it's above -- when do you -- well, sorry.
3  Because I've been talking to somebody, I feel like we're right
4  in the middle of it.  But I wanna back up.
5       So my understanding from Deputy Ruiz is that the
6  first step in booking is in the sally port.  The booking
7  officer will come up to the arresting officers -- you know,
8  come out to the garage to do a COVID Screening and a BAC.  Is
9  that correct?
10  A  Yes.
11  Q  And where -- where do you record the BAC when you do
12  that?
13  A  In EFORCE, in our medical section.  And on that COVID
14  Screening, there's a little section in the bottom.
15  Q  And if the -- if the BAC is over .2, what are you
16  supposed to do?
17  A  You send the arresting officer and the detainee over
18  to the ER to get a medical clearance.
19  Q  Why?
20  A  Just to make sure that they're -- we are cleared to
21  hold them inside our facility, that he is healthy enough to
22  come in.
23  Q  And when you send someone to get cleared, is there
24  any communication between you and the hospital?
25  A  Just the medical clearance sheet.  That's the only

## Page 10

1  thing we get.
2  Q  Is there anything sent to the hospital?
3  A  No.
4  Q  Do the arresting officers have that medical clearance
5  sheet on them, or do you give that to them?
6  A  They bring it back from the ER.
7  Q  So the ER generates that document?
8  A  Yes.
9  Q  And the -- when you record the BAC on the COVID
10  Screening document, in the sally port, what do you do with that
11  document?
12  A  Scan it and attach it to their EFORCE, just under the
13  "Attachment" section.
14  Q  And do you put -- also put it in to go to the nurse?
15  A  Yes.
16  Q  Let's look -- so, in this notebook in front of you,
17  there's a whole bunch of exhibits I made, and then I got more
18  documents and had to make more anyway.
19       So here's -- this is Exhibit 16.  And this I'll
20  represent to you is -- are documents from Mr. Newman's
21  incarceration or detention, June of 2021, okay?
22  A  (Nodding head.)
23  Q  And I want to show you -- this one has little
24  markings at the bottom that say MONTEZUMA and a number.
25  A  Yep.

## Page 11

1  Q  If you'll go to MONTEZUMA 569.
2  A  (Turning to.)
3  Q  Is this the document you were talking about where you
4  would record the BAC?
5  A  Yes.
6  Q  This one doesn't have a box at the bottom.  Has it
7  changed?
8  A  It's changed.
9  Q  So currently there's a box on the bottom for BAC?
10  A  Yep.
11  Q  Has anything else changed since Kelroy Newman's death
12  about the rules on taking people into the jail related to BACs?
13  A  Not that I can think of.
14  Q  But -- so, at this time, you would just write it on
15  this form?
16  A  Yep.
17  Q  And if they had already -- I understand from
18  Deputy Ruiz that sometimes, you know, they would come to you
19  first; and you do this BAC and send them out for screening.
20  Other times, they have may come from the screening if the
21  officer knows to take them there.  Is that right?
22  A  Yes.
23  Q  And how -- is there any way to tell in the booking
24  documents whether the sheriffs caused the screening or the
25  screening happened before then?

## Page 12

1  A  Can you reword that possibly?
2  Q  Well --
3  A  Sorry.
4  Q  -- let me show you this document.  So, when we look
5  at Exhibit 16, Page MONTEZUMA 574, do you see that this -- this
6  is the "Prisoner Medical Clearance Report," right?
7  A  Yes.
8  Q  And this is the form you were talking about that the
9  hospital sends back to the jail with the arresting officer?
10  A  Yep.
11  Q  And you don't have any -- well, you don't usually
12  house prisoners, right?  At the jail?
13  A  What do you mean prisoners?  Like --
14  Q  Well, you have people who haven't been convicted yet
15  here, right?
16  A  Yes.
17  Q  This one, that's from June of '21, you can see that
18  the arresting officer has filled it out, and the booking deputy
19  has filled it out also, right?
20  A  Yep.
21  Q  Whereas, in your notebook, if you turn to
22  Exhibit 6 --
23  A  (Turning to.)
24  Q  -- this is the "...Medical Clearance Report" from
25  July of 2021, and you see how it has not been filled out in the

3 (Pages 9 to 12)

ANIMAS REPORTING SERVICE
animas@animas.net

dad55cde-0997-4c58-a3e6-c96ced0098f3

Exhibit 5

1.877.385.4268

970.385.4268

**BRYCE DURBIN**

---

## Page 17

1  Q   Do you know if it's a doctor, NP, or PA?
2  A   I don't know.
3  Q   And has that always been the case?  That since you've
4  been at the jail, that there is a higher-level medical worker
5  than a nurse on call?
6  A   No.  With this SHP, we just got it.
7  Q   Okay.  So the SHP is a new situation?
8  A   Yep.
9  Q   When did that start?
10  A   Beginning -- beginning of this year.
11  Q   So, up until the beginning of this year, was it still
12  the case that there was only a nurse on the day shift during
13  weekdays?
14  A   Yes.
15  Q   But starting in January of 2023, you switched to an
16  everyday nurse and an on-call system that includes a
17  higher-level medical provider?
18  A   Yes.
19  Q   What were you told, if anything, about why it was
20  changing?
21  A   I wasn't told anything really.  I just got told we
22  were changing to a new nurse system.  I can't word that
23  correctly.
24  Q   And you said something that made it sound like the
25  SHP part of this is new.  Do you know if Ms. Hernandez worked

## Page 18

1  for SHP before, also?
2  A   I don't know off the top of my head.
3  Q   Go to the next page in Exhibit 1.  Oh, what's Kelly's
4  last name?
5  A   I can't remember it.
6  Q   Is she an RN?
7      THE REPORTER:  Is she?
8      MS. HOLLAND EDWARDS:  An RN.
9  A   I -- I don't know.
10  Q   (BY MS. HOLLAND EDWARDS)  Some of my questions you're
11  not gonna know the answer to.
12  A   Yeah.
13  Q   It's okay.  I just am trying to learn what you do
14  know.
15  A   Okay.
16  Q   If you go to -- so, on Exhibit 1, Page 2, there's
17  these "Guidelines for Emergent Care."  Have you seen this
18  document?
19  A   No.
20  Q   This first bullet point that a "BAC GREATER Than 0.2
21  ..." needs medical clearance, that's still your understanding
22  of the jail's policy, correct?
23  A   Yes.
24  Q   And it also says "Reports or obvious head injury"
25  should require medical screening, correct?

## Page 19

1  A   Yep.
2  Q   And how do you -- at what point in the booking
3  process do you ask about head injury?
4  A   During the medical.  That's usually the first or
5  second thing we ask.
6  Q   So the -- that's not part of the sally port
7  evaluation, right?
8  A   No.
9  Q   So all that happens, as I understand it, in the sally
10  port is a temperature, a COVID screen, and a BAC.  Is that
11  right?
12  A   Yes.
13  Q   And then assuming they either pass those hurdles or
14  leave to go to the hospital and get cleared and come back, then
15  they actually come into the building?
16  A   Yes.
17  Q   And then you ask the medical questions that include a
18  head injury?
19  A   Yes.
20  Q   And, so, if you -- if someone got screened for a BAC
21  and then came in and then reported a head injury, would you
22  have sent them back?
23      MR. VAUGHAN:  Form and foundation.
24  A   Yes, we would send them back, 'cause there's been
25  times where people will come in, have the BAC higher than a 2

## Page 20

1  (sic) and still have the head injury, 'cause -- or not tell us
2  about the head injury, and they'll be inside the vehicle where
3  we can't see them very well.  Usually, whenever they come
4  inside the building, we can tell a bit better.
5  Q   (BY MS. HOLLAND EDWARDS)  Is it a requirement --
6  okay.  Well, let's just stay where we were.  So you come in and
7  you do the medical questions.  And is that in EFORCE?
8  A   Yes.
9  Q   And then there's also a written intake medical
10  screening document, right?
11  A   No.  Just the COVID Screening and then the EFORCE
12  section.
13  Q   Did there used to be a written form?
14  A   Not that I know of.
15  Q   Let me show you in Exhibit 16 -- sorry, I just got
16  this last night so I don't know it very well.  If you go to
17  MONTEZUMA 584.
18  A   (Turning to.)
19  Q   Do you recognize this "Inmate Medical Screening
20  Form"?
21  A   Yep.
22  Q   So this is what I was talking about.  Do you consider
23  this EFORCE?
24  A   No.  I misunderstood.  This is something they fill
25  out on their own, whenever their BAC is below .050.

---

**5 (Pages 17 to 20)**

dad55cde-0997-4c58-a3e6-c96ced0098f3

1.877.385.4268                                        970.385.4268

BRYCE DURBIN

---

Page 29

1    going either every 15 minutes or every half-hour to evaluate
2    the person for a watch?
3        A    Yes.
4        Q    And tell me what you look for in a watch.
5        A    Whenever you watch -- or checking for a watch, you'd
6    be able to see the person, know who they are, be able to tell
7    that they're still breathing, get good respirations.  Be able
8    to see all of that.
9            Usually, if you're expecting the person to DT, check
10   for shakes, watch them for nausea, whenever you're going by.
11   Stuff like that.
12       Q    And do you go into the cell every time?
13       A    No.
14       Q    So you're largely observing what you can through the
15   window?
16       A    Yes.
17       Q    Is there any -- do you receive any training on what
18   to look for when you are evaluating an inmate for a watch
19   related to a B -- having a high BAC?
20       A    Some.  It's been too long, sorry.
21       Q    That's all right.
22       A    Back whenever I started, my -- the person who was
23   training me told me what to look for, and that's the training
24   we get usually.
25       Q    And who was that?

---

Page 30

1        A    McAndrews.
2        Q    What did -- is that a man or a woman?
3        A    It's a man.
4        Q    What did he train you to look for?
5        A    Check on the person, make sure to check for
6    breathing, stuff like that.  Pretty much what I explained
7    before.
8        Q    Have you ever been trained on or given a form of
9    things of a -- you know, specific questions to ask as part of
10   an evaluation for someone who had a -- is on watches for a high
11   BAC?
12       A    Not that I can think of.
13       Q    Is there -- were you ever trained that you should ask
14   the person if they feel nauseous or have vomited?
15       A    No.
16       Q    Were you trained or -- do you understand it to be an
17   expectation that you have the person put their arms out in
18   front of them and evaluate for shaking?
19       A    No.
20       Q    Is it your understanding that there's any expectation
21   that you ask the individual on these checks whether they feel
22   nervous?
23       A    No.
24       Q    Is there any expectation, that you're aware of, that
25   you ask on these 30- or 15-minute checks for people who had a

---

Page 31

1    high BAC, whether they're having any disturbances in how they
2    feel?  Like, pins-and-needles or numbness or feeling like
3    there's bugs on them?
4        A    Usually we'll ask and check on them.  Stuff like
5    that.
6        Q    So you'll go in and ask?
7        A    Yeah.  Ask how they're feeling, see how they're
8    doing.
9        Q    And when you go in to actually ask questions like
10   that, you're supposed to radio control that you're gonna do a
11   verbal, right?
12       A    Yes.
13       Q    And, so, there should be a record on the control
14   tower of a person going into the cell to do that verbal?
15       A    Yes.
16       Q    And if you don't go and do a verbal, you're really
17   limited to the observations that are on the wallet on the wall,
18   right?
19       A    Yep.
20       Q    And those don't have any available observation about
21   vomiting, right?
22       A    No.
23       Q    And that was a terrible question, 'cause I said,
24   "Right?"  And then you said, "No."  I don't understand what
25   you're saying "No" to.  So does the wallet have anything where

---

Page 32

1    you can record that someone is vomiting?
2        A    No.
3        Q    Does it have any way for you to record that someone
4    is feeling nauseous?
5        A    No.
6        Q    Does it have any way for you to record that someone
7    is shaking?
8        A    No.
9        Q    Does it have any way to record that someone is
10   sweating?
11       A    Nope.
12       Q    Does it have any way to record that someone has a
13   headache?
14       A    No.
15       Q    Does it have any way to record that the person feels
16   like sounds or light is louder -- or light is brighter, sound
17   is louder?
18       A    There is one for hallucinations, and I'd count that
19   under that one.  So-so.
20       Q    Okay.  And so how do you do -- can you evaluate the
21   hallucinating without going in?
22       A    No.
23           MR. VAUGHAN:  Form and foundation
24   objection.
25       Q    (BY MS. HOLLAND EDWARDS)  So, if you were going to

---

8 (Pages 29 to 32)

dad55cde-0997-4c58-a3e6-c96ced0098f3

1.877.385.4268

970.385.4268

**BRYCE DURBIN**

---

### Page 33

1 say hallucinating, you'd either be able to see something
2 through the window, like they're yelling at the wall; or if it
3 was something like bright lights seemed brighter or sounds
4 seemed louder, you'd have to go in and ask them, right?
5 A. Yes. Or even just open the door, and they cover
6 their eyes 'cause the light is too bright.
7 Q. Okay. But if that happens, you couldn't record that
8 on the wand, right? On the wallet?
9     MR. VAUGHAN: Asked and answered. Form
10 objection.
11 A. You can go back out and double beep the wallet just
12 to correct yourself.
13 Q. (BY MS. HOLLAND EDWARDS) And you would just say
14 "hallucinating" then?
15 A. Yeah.
16 Q. I see. Okay. What about testing or -- is there any
17 expectation or training that on these 30- or 15-minute checks
18 you ask questions to see if the person, YOU KNOW, knows what
19 day it is or where they are?
20 A. Yeah. We -- usually, if we think they're gonna go
21 through hallucinations, we just check on them. Tell them -- or
22 ask them where they're at, what time it is -- or not what time
23 it is, but what date it is.
24 Q. And you do that every 30 minutes, every 15?
25 A. No.

### Page 34

1 Q. When do you do that?
2 A. Whenever they start seeming like they're gonna go
3 through hallucinations.
4 Q. And if they're laying down in their bed, you're
5 really just looking and seeing if they're breathing, right?
6 A. Yeah.
7     MR. VAUGHAN: Form and foundation.
8 Q. (BY MS. HOLLAND EDWARDS) And what training have you
9 had -- well, what options do you have to help an inmate who is
10 detoxing?
11 A. Going through the nurse. Give them a call and ask
12 them what we should do for them.
13 Q. And do you make -- can you call the nurse, or do you
14 go through a sergeant to call the nurse?
15 A. If I'm officer in charge, I'll give them a call. If
16 not, the sergeant will give them a call. Stuff like that.
17 Q. And are you -- do you serve as an officer in charge
18 sometimes?
19 A. On days whenever the sergeant ain't there.
20 Q. And, so, if you notice -- if you're an officer in
21 charge and you notice that a person has been vomiting, do you
22 call the nurse?
23 A. Yeah.
24 Q. And how frequently does that happen?
25 A. Not that often.

### Page 35

1 Q. Can you get orders from the nurse or someone to give
2 medications if someone appears to be going through detox?
3 A. Usually we have to go to the ER at that point.
4 Q. And when would you -- when was the expectation, as a
5 deputy in 2021, as to when you would send someone to the ER for
6 alcohol-withdrawal-related symptoms?
7 A. Usually very bad nausea, very bad sweating, shakes.
8 Stuff like that.
9 Q. And how would you find out about those symptoms?
10 A. By just observing them or talking to the inmate.
11 Q. So, if it was on a 15- or 30-minute check in the
12 middle of the night, you're really most of the time just
13 looking through to see whether they're breathing, right?
14     MR. VAUGHAN: Form and foundation.
15 A. Yes and no. We're mainly checking to see if they're
16 asleep, if they're awake, nauseous -- or over by the toilet
17 puking, or something along those lines.
18 Q. (BY MS. HOLLAND EDWARDS) How many times would you
19 say you have sent someone to the ER for concerns about
20 withdrawal from drugs or alcohol?
21 A. Not many. I -- I can't say off the top of my head
22 how many.
23 Q. Do you think you -- have you ever?
24 A. Yes.
25 Q. And what symptoms prompted you to do it when you've

### Page 36

1 done it?
2 A. I've -- one was for nausea. The person started
3 puking up blood. Another one was seizures.
4 Q. When you're doing these 15- or 30-minute checks and
5 you go by the cell, it's up to the discretion of the individual
6 deputy whether to go in and do a verbal, right?
7 A. Yes.
8 Q. There's no set requirement of what should be done on
9 each check?
10 A. No.
11 Q. What is the expectation about obtaining a mugshot on
12 each booking?
13 A. Usually, if the person is able to stand up straight,
14 not exhausted, falling over, stuff like that, we'll be able to
15 get a mugshot whenever they first come in.
16 Q. And if you can't get a mugshot when they first come
17 in, what do you do?
18 A. Wait until they sober up again or sober up a bit more
19 and pull them out, get the mugshot.
20 Q. And, so, it comes up in the day-to-day operation of
21 the jail that someone has been cleared by the hospital, to the
22 point that they're -- they're being booked in and having their
23 picture taken, but they're still too drunk to really hold
24 themselves upright for a mugshot?
25 A. There's been times, yes.

9 (Pages 33 to 36)

dad55cde-0997-4c58-a3e6-c96ced0098f3

1.877.385.4268

970.385.4268

BRYCE DURBIN

---

Page 53

1    Q   When you do these checks in the nighttime, are the
2  lights on in the cell?
3    A   There's nighttime lights.  There's pretty much
4  daylights out in the hallway, and then a dimmer light inside
5  the cell.
6    Q   Okay.  The observations that you made, that we saw on
7  Exhibit 9, would all have been -- well, I guess -- what time do
8  the dimmer lights come on?
9    A   This was a weekend.  So 12:00 o'clock.
10   Q   Okay.  So the -- the head count would've had
11  daylights, and the first 11:24 PM would've had daylights, and
12  the other two would've been dim lights; is that right?
13   A   Yes.
14   Q   Are you aware Mr. Newman's mugshot was -- on this
15  July incarceration, was the one from his June detention?
16   A   Yes.
17   Q   How -- how did you become aware of that?
18   A   By just his EFORCE.  You can -- right next to his
19  mugshot, you can see the date.
20   Q   And, so, what does that indicate to you about whether
21  he got sober enough to -- or well enough to have his -- his
22  photo taken?
23       MR. VAUGHAN:  Form objection.
24   A   More than likely, he didn't get sober enough, or at
25  nighttime we were just trying to let him sleep.

---

Page 54

1    Q   (BY MS. HOLLAND EDWARDS)  But if you -- but the
2  expectation is that you then keep him as a leftover until you
3  can get pictures, right?
4        MR. VAUGHAN:  Form objection.
5    A   Yes.
6    Q   (BY MS. HOLLAND EDWARDS)  Are you aware, since this
7  event, that Mr. Newman actually had bruises and injuries on his
8  face?  Did you ever become aware of that?
9    A   No.
10   Q   And the mugshot -- we should have a mugshot that
11  shows what that looked like during booking, right?
12       MR. VAUGHAN:  Form objection, foundation
13  objection.
14   A   Yes.
15   Q   (BY MS. HOLLAND EDWARDS)  Can you tell an EFORCE when
16  a picture was added to a specific booking?
17   A   Yeah, it has date and time whenever they were added.
18   Q   And would it be possible to tell -- or I guess
19  would've been possible for you; it's definitely impossible for
20  me -- to tell from the Booking Report when it got added?
21   A   I do not believe so.  What --
22   Q   It's exhibit 7.
23   A   (Turning to.)  Yeah, it doesn't show on here.
24   Q   Do you know when that photo got added?
25   A   No.

---

Page 55

1    Q   Have you noticed, at any point in looking at stuff to
2  prepare for today, if it was added after he died?
3    A   No.
4    Q   Did you give a report in this case?
5    A   No.
6    Q   Why not?
7    A   I was not involved with the whole situation of
8  finding him and stuff like that.  I was never told to write up
9  one.
10   Q   Were you interviewed in relationship to his death?
11   A   No.
12   Q   Is there any video in the cells?
13   A   No, not that cell.
14   Q   Some cells do have video?
15   A   Hold 7.
16   Q   And is that -- is Hold 7 used more for suicide watch?
17   A   Usually.
18   Q   And does that have video that they can see from
19  control?
20   A   Yes.
21   Q   Has anyone ever told you what Mr. Newman died from?
22   A   No.
23   Q   Have you been involved with any other deputies -- or
24  not -- inmates who died in the jail?
25   A   No.

---

Page 56

1    Q   What training, if any, do you get as a deputy working
2  in the jail on withdrawal from various kinds of substances?
3    A   Nothing I can think of.
4    Q   So do you have -- like, do you know what COWS forms
5  are?  C-O-W-S, capitals.
6    A   No.
7    Q   So there's no -- like, if someone comes in and
8  they're detoxing from, like, opiate medications, are there any
9  specific questions or evaluations you're supposed to do while
10  the person is on watches?
11   A   Usually, whenever we ask the medical questions, we'll
12  just ask them what they've taken.  Then, what's gonna happen
13  whenever they come down said substances.
14   Q   So you're relying really on the inmate themselves to
15  tell you what their withdrawal pattern is?
16   A   Yes.
17   Q   And is there -- so are there any -- is there an
18  expectation that an inmate who reports having an addiction to
19  opiates -- should they be on a watch?
20   A   Yes.
21   Q   And how long should they be on a watch?
22       MR. VAUGHAN:  Form and foundation.
23   A   Usually until the nurse clears them.
24   Q   (BY MS. HOLLAND EDWARDS)  And in the time period when
25  there wasn't a nurse on the weekend, were there any specific,

---

14 (Pages 53 to 56)

ANIMAS REPORTING SERVICE
animas@animas.net

dad55cde-0997-4c58-a3e6-c96ced0098f3

Exhibit 5

1.877.385.4268                                                      970.385.4268

BRYCE DURBIN

Page 57

1  you know, vital signs or observations that deputies were
2  expected to record for people withdrawing from opiates?
3      A  No.
4      Q  What about people who report use of benzodiazepines?
5  Were there any specific vitals or observations that deputies
6  were asked to record over the weekend before the nurse got
7  back?
8      A  No.
9      Q  Is there any substance -- any drug or alcohol that
10 there are specific -- that there were specific questions or
11 observations or vitals that deputies are supposed to make
12 during watches for withdrawal?
13     MR. VAUGHAN:  Form objection.
14     A  Not that I can think of.
15     Q  (BY MS. HOLLAND EDWARDS)  Were you ever trained that
16 alcohol withdrawal or withdrawal from drugs can be potentially
17 fatal?
18     A  Yes.
19     Q  What -- where did you learn -- like, what format was
20 that training?
21     A  Usually just an online course.
22     Q  And is that something that you were required to take
23 for the job?
24     A  I -- I don't believe I took it for this job.  I just
25 remember an online course about alcohol intoxication, stuff

Page 58

1  like that.
2      Q  And that withdrawal -- that intoxication itself and
3  withdrawal can be potentially fatal?
4      A  Yes.
5      Q  And these observations in 19, or whatever it is, 9,
6  this "Asleep Normal Respiration Observed," when -- when you're
7  looking for the respirations, you're just looking for, like,
8  chest rise and fall, right?
9      A  Yes.
10     Q  And, so, if you don't -- I mean, doesn't that just
11 kinda tell you if the person is alive or not?
12     A  Yes.
13     Q  And if they're not, it's -- they're -- it's too late?
14 Like, if they're asleep and they're not breathing, it's kinda
15 too late to intervene, right?
16     A  You still go and do the -- I can't remember the
17 machine's name off the top of my head.  Uhhh.  I can't remember
18 the machine name's off the top of my head.  But you hook 'em up
19 to that, start doing CPR.  Things along those lines.
20     Q  Okay.  And where were you -- did you get your CPR
21 training?
22     A  Here.
23     Q  Who conducted that training?
24     A  I don't remember his name.
25     Q  Was it like a -- somebody that works in the jail?

Page 59

1      A  No.  I gotta say I believe it was a firefighter.  I
2  can't remember his name.
3      Q  Were you trained on how to use a defibrillator?
4      A  That's it.
5      Q  That's the machine?
6      A  Yeah, sorry.
7      Q  Were you trained on that?
8      A  Yes.
9      Q  By the same firefighter?
10     A  Yep.
11     Q  And how long did that training take?
12     A  Schewwa.  I believe that was two or three hours.  I
13 think.
14     Q  And it included the defibrillation and CPR and first
15 aid, right?
16     A  Yes.
17     Q  And that's -- is that the total of the training you
18 were required to have to be CPR-certified and work in the jail?
19     A  Yes.
20     Q  And, so, if you -- on one of your observations, you
21 look in and the person is no longer breathing, then you use
22 that -- those hours of training to try to resuscitate the
23 person?
24     A  Yes.
25     Q  Did you ever run a mock code, like a practice

Page 60

1  defibrillation or CPR?
2      A  A mock?  Is that --
3      Q  Mock meaning like it's not a real -- like a practice
4  run.
5      A  Yes.
6      Q  Was that in the two to three hours?
7      A  Yep.
8      Q  How often do you have to do this two to three hours?
9      A  I believe it's a yearly training.
10     Q  In 2021, if you were doing CPR, were you supposed to
11 use a mask to do breaths?
12     A  No, I don't believe so.
13     Q  Have you seen the video of the CPR effort for
14 Mr. Newman?
15     A  No.
16     Q  Where was the defibrillator kept in 2021?
17     A  In housing, in control.
18     Q  How far is that from 6 -- Holding 6?
19     A  Not too far.  Yeah, not too far.  Hold 6 is the
20 closest one to the housing area.
21     Q  When you have the trainings on CPR and defibrillation
22 and first aid, is -- do all the deputies have them together?
23     A  Yes and no.  We do separate classes with a set amount
24 of people.
25     Q  And they're annual you said?

15 (Pages 57 to 60)

ANIMAS REPORTING SERVICE
animas@animas.net

dad55cde-0997-4c58-a3e6-c96ced0098f3

1.877.385.4268

970.385.4268

**BRYCE DURBIN**

---

Page 69

1    Q   Okay.  And where -- where was that job?

2    A   I -- I'm going to be honest.  I don't remember.

3    Q   Okay.  Were you working at the jail when Michael

4    McMordie died?  And I don't mean were you on shift.  Were you

5    employed by the Montezuma County Sheriff's Office?

6    A   No.

7    Q   Do you know anything about his death?

8    A   Nope.

9    Q   Do you know anything about the death of Danny Miller?

10   A   No.

11   Q   Scott Watson?

12   A   No.

13   Q   Harrison Begay?

14   A   No.

15   Q   Edward Lyen?

16   A   No.

17       THE REPORTER:  Edward --

18       MS. HOLLAND EDWARDS:  Lyen is L-Y-E-N.

19   Q   (BY MS. HOLLAND EDWARDS)  Have you had any

20   conversations with anyone or, you know, been a part of a

21   conversation with anyone at the jail about learning from any of

22   the deaths at the jail?

23   A   No.

24   Q   Have you ever -- I understand that you said it was

25   not the regular -- regular part of your job to communicate with

---

Page 70

1    the hospital for -- about clearance.  But have you ever had an

2    instance where you've communicated directly with anyone at the

3    hospital about a medical clearance?

4    A   No.

5    Q   And in "communicating," I'm including phone, fax,

6    email, text.  Nothing like that?

7    A   Nothing that I can remember.

8    Q   What is your understanding of why detainees are sent

9    to the hospital for medical clearance as opposed to doing

10   clearance at the jail?

11       MR. VAUGHAN:  Foundation.

12       MR. COLLIER:  Join.

13   A   We do not have doctors to be able to do proper

14   checkups on them at the jail.  That's -- yeah.

15   Q   (BY MS. HOLLAND EDWARDS)  Was there any formal or

16   informal discipline of you related to what happened with

17   Kelroy?

18   A   No.

19   Q   Are you aware of any formal or informal discipline of

20   anyone related to Mr. Newman's death?

21   A   No.

22   Q   Do you think that, in your personal opinion, that the

23   jail is a safe place to be detoxing?

24       MR. VAUGHAN:  Foundation, form.

25       MR. COLLIER:  Join.

---

Page 71

1    A   I'd say, yes, it is, 'cause you're able to be watched

2    over at that time.  You have someone to keep bedside care on

3    you.  You're able to keep hydrated; you get food, so on, so

4    forth.

5    Q   (BY MS. HOLLAND EDWARDS)  Do you think that it --

6    that, you know, really being monitored for detoxing involves a

7    medical person that could evaluate your, like, vital signs?

8        MR. COLLIER:  Form, foundation.

9        MR. VAUGHAN:  Join.

10   A   Sorry, can you say that one more time?

11   Q   (BY MS. HOLLAND EDWARDS)  Sure.  Do you think a real

12   detox -- like, evaluation for somebody detoxing would involve a

13   medical person who was available to evaluate your symptoms and

14   vitals?

15       MR. COLLIER:  Same objections.

16   A   Yes.

17   Q   (BY MS. HOLLAND EDWARDS)  Have you seen any of the

18   comments in the newspaper made by, you know, upper-level

19   members of Montezuma County about needing a detox center for

20   the jail?

21   A   No.

22       MS. HOLLAND EDWARDS:  Okay.  I don't have

23   any further questions at this point.  They all get to ask some

24   if they want, and then I might have a follow-up.  But try and

25   get everybody out for the snow.

---

Page 72

1        THE WITNESS:  Okay.

2        MR. VAUGHAN:  Anybody online wanna ask any

3    questions?

4        MR. COLLIER:  Take that as a no.

5        MS. COOK OLSON:  No.  No, not at this

6    time.  I'm gonna just defer to folks who were on first.

7        EXAMINATION

8    BY MR. COLLIER:

9    Q   All right.  Deputy Durbin, my name's Mark Collier.  I

10   represent Dr. Randy Davidson, who's an emergency doctor at the

11   hospital.  Do you know Dr. Davidson?

12   A   No.

13   Q   You -- during your time working at the jail, you

14   worked at the booking counter, right?

15   A   Yes.

16   Q   And you're kinda familiar with the process?

17   A   Yes.

18   Q   Is the booking counter in the area where the -- the

19   intake photos are taken?

20   A   Yes.

21   Q   And you understand that that area is under video

22   surveillance as well, right?

23   A   Yes.

24   Q   Do you know, is there -- do -- do you guys make sure

25   that the timing is correct, so that the time that's on the

---

18 (Pages 69 to 72)

**ANIMAS REPORTING SERVICE**
animas@animas.net

dad55cde-0997-4c58-a3e6-c96ced0098f3