# ZOOM VIDEOCONFERENCE DEPOSITION OF
# CHARLES OSBORN

## 2/16/23

Civil Action No. 22-cv-1763-PAB-KLM

## ESTATE OF KELROY NEWMAN, et al. vs BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF MONTEZUMA, COLORADO, et al.

United States District Court
District of Colorado

ANIMAS REPORTING SERVICE
919 County Road 142
Durango, Colorado 81303
877.385.4268/970.385.4268
animas@animas.net
animasreporting.com

Exhibit 27

**1.877.385.4268**                                                                                           **970.385.4268**

**CHARLES OSBORN**

Page 17

1  they bring out?
2     A   Possibly three.  Uhh -- (shrugging).
3     Q   More than one?
4     A   Yeah.
5     Q   And do you have -- well, so what -- the questions on
6  this document are, you know, "Have you been outside the United
7  States?  Do you -- is there a history of traveling to Europe or
8  Asia?  Close contact with someone who went to Europe or Asia?
9  Been in contact with anyone who was confirmed positive for
10 COVID?"  You know.  And then some symptoms, fever and cough
11 type stuff.
12     Are those the questions that you were referring to,
13 that are usually asked on booking?
14    A   Yes.
15    Q   And do you -- 'cause this is the only -- only
16 document I know about in the sally port.  So I understand it's
17 not your job description, but this is the first I've heard of
18 multiple papers.
19     So is there anything you can tell me about what the
20 other types of documents seem like or they're asking about?
21    A   I'm not sure.  Like I said, it's their documents.
22 I'm not -- like, if I -- if it was something I had to fill out,
23 I would know more about it, but...
24    Q   Okay.  Well, if over the course of the questions
25 today you think of anything else that gets asked in the sally

Page 18

1  port, can you let me know that?
2     A   Yes.
3     Q   Did they -- so, for example, this is Kelroy's, right?
4  Where he had a BAC of .421?  Do you see that?
5     A   Uh-huh.  Yes.  Sorry.
6     Q   It's gonna happen anyway.  And you -- you know that
7  was his blood alcohol level that was obtained at the jail at
8  that time, correct?
9     A   Yes.
10    Q   Do they give you this piece of paper to take with you
11 to the hospital?
12    A   No.
13    Q   Do you -- well, first, before we talk about Kelroy,
14 let's talk about generically.  When you -- how long does it
15 take to get from the sally port to the hospital?
16    A   A couple minutes, three maybe.
17    Q   Three minutes?
18    A   Three.
19    Q   And where do you typically -- I mean, you stay with
20 the -- the arrestee for the screening, right?
21    A   Yes.
22    Q   'Cause you're basically providing security at that
23 point for that arrestee, to make sure they don't escape, right?
24    A   Yes.
25    Q   And, so, are you in the room during the evaluations?

Page 19

1     A   Most of the time.  I mean, if someone is being
2  cooperative and -- then, I mean, we can step out of the room.
3     Q   When you bring someone for clearance, do you go in
4  the emergency room doors?
5     A   Yes.
6     Q   So you get to the hospital, and you park the patrol
7  car, right?
8     A   Yes.
9     Q   And then you -- is the inmate still handcuffed at
10 this point?
11    A   Yes.
12    Q   And I guess is it -- maybe "arrestee" is a better --
13 what term would you use for the person you're transporting
14 around?
15    A   The "arrestee."
16    Q   Okay.  So you -- is the arrestee in the back seat?
17    A   Yes.
18    Q   And so you get him out of the car, right?
19    A   Yes.
20    Q   And then you go in the front -- like, the emergency
21 room doors?
22    A   Yes.
23    Q   And I haven't been to this hospital yet.  Does it
24 have kind of like an area just for ambulances and an area for
25 walk-ins?

Page 20

1     A   Yes.
2     Q   Which one do you go in?
3     A   The one for the ambulances.
4     Q   And when you get inside, is there a waiting area in
5  that part?
6     A   Yes.
7     Q   And is -- who -- who's the first person that works
8  for the hospital that you would come in contact with?
9     A   Depends who's working at the desk that day.
10    Q   Well, I guess that's what I mean.  So the -- the
11 first person that you come in contact with is whoever is
12 working the desk?
13    A   Yes.
14    Q   Okay.  And, to your knowledge, is that a medical
15 person or more like a clerical person usually?
16    A   They're -- I believe they're all medical persons in
17 that area.
18    Q   Okay.  So you approach the person at the desk, and
19 what -- what do you say?
20    A   Typically, that we're there for a clearance.  Then
21 they have a room to theirself (sic) that we typically take
22 people into.
23    Q   And is it a -- like, a room with a door or room with
24 a sheet?  Like a curtain, I mean?
25    A   It has a door.

5 (Pages 17 to 20)

**ANIMAS REPORTING SERVICE**
**animas@animas.net**

e1de73c1-ff3a-443b-87b0-f091fb03fa2a

Page 29

1  Q  (BY MS. HOLLAND EDWARDS) Tell me about that.
2  A  If they're an alcoholic and they start having
3  withdrawals, that'd be a medical issue.
4  Q  And, so, you understand that part of what you're
5  doing, by getting someone a medical clearance, is having them
6  evaluated for whether they can safely withdraw in the jail?
7       MR. COLLIER:  Form, foundation.
8       MS. COOK OLSON:  Foundation.
9       MR. ABRAMSON:  Same objection.
10 A  Yes.
11 Q  (BY MS. HOLLAND EDWARDS)  So, for an intoxication
12 medical clearance, does it -- is it usually the nurse that sees
13 the patient first?
14 A  Yes.
15 Q  And how long is a typical nursing portion of a
16 medical clearance based on intoxication?
17      MS. COOK OLSON:  Objection to form.
18      MR. COLLIER:  Yeah.  And I assume you're asking
19 about his own personal experience.  Is that what you're asking?
20      MS. HOLLAND EDWARDS:  Yes.
21      MR. COLLIER:  Just to make it clear
22 on this line of questioning.
23      MS. HOLLAND EDWARDS:  Yes.
24      MR. COLLIER:  Okay.
25 A  As in how long they're talking to them?

Page 30

1  Q  (BY MS. HOLLAND EDWARDS)  Yes.
2  A  Five minutes.
3  Q  Okay.  So the nursing portion usually, in your
4  experience of an intoxication medical clearance, takes about
5  five minutes?
6       MS. COOK OLSON:  Objection to form.
7  A  Yes.
8  Q  (BY MS. HOLLAND EDWARDS)  And what questions do you
9  hear the nurses ask?
10 A  If anything is bothering them, or any pain, or any
11 other issues going on, or medications.
12 Q  Do they ask, in your experience, "How much do you
13 drink a day?"
14 A  Uhmm, I don't know if it's how much you drink a day,
15 but they'll ask them how much they've had to drink.
16 Q  How much they've had to drink for -- resulting in
17 that intoxication?
18 A  Yes.
19 Q  But they don't typically ask, "How often do you
20 drink?"
21 A  Not that I can recall.
22 Q  Do they ask, in your experience, questions about, you
23 know, how withdrawal goes for them?
24 A  Not that I can recall.
25 Q  Have you ever heard them ask if they have seizures

Page 31

1  from withdrawals?
2  A  Yes.
3  Q  Have you ever -- do they typically ask about getting
4  the -- I can't say it for some reason.  DTs -- like delirium
5  tremens?
6  A  Not that I can recall.
7  Q  Is there a physical portion typically, in your
8  experience, done by the nurse, like, checking the body of the
9  arrestee when they're there to be cleared for intoxication?
10      MR. VAUGHAN:  Form.
11      MS. COOK OLSON:  Form.
12 A  Sometimes.
13 Q  (BY MS. HOLLAND EDWARDS)  Does it just kind of depend
14 who the nurse is?
15      MS. COOK OLSON:  Form.
16 A  Just depends on the situation.
17 Q  (BY MS. HOLLAND EDWARDS)  Okay.  In what intoxication
18 situations do you notice physical exams happening?
19 A  If they're injured.
20 Q  So it makes sense -- okay.  So, for just intoxication
21 without an injury, are -- do you usually see the nurses do any
22 type of physical exam or not?
23      MR. VAUGHAN:  Foundation objection.
24 A  Sometimes.
25 Q  (BY MS. HOLLAND EDWARDS)  And so far the -- some

Page 32

1  types are sometimes when there's an injury, you said, right?
2  A  Yes.
3  Q  But are there times when there's no physical injury
4  where there's a physical exam done just based on intoxication
5  in the -- in the ones you've attended?
6       MR. VAUGHAN:  Foundation objection.
7  A  People will complain about stuff sometimes that's not
8  going on, so...
9  Q  (BY MS. HOLLAND EDWARDS)  So people might exaggerate
10 or lie, and then stay at the hospital longer?
11 A  Yes.
12 Q  Because if they -- because then the nurse might have
13 to follow up on something they said?
14 A  Yes.
15 Q  And you have to stay there the whole time, right?
16 A  Yes.
17 Q  Do these medical clearances sometimes turn into
18 longer stays that you have to wait through?
19 A  Yes.
20 Q  So, like, if somebody needed imaging of their head or
21 a CAT scan or something, then you would have to stay
22 significantly longer, right?
23 A  Yes.
24 Q  And what -- what was your shift in 2021, July of
25 2021?

8 (Pages 29 to 32)

Page 33

1   A   I was on days.  So it was 6:00 to 6:00, 6:00 a.m.
2   6:00 p.m.
3   Q   How -- is it frequent that you have to stay for
4   follow-up examinations or labs or anything like that?
5   A   As in?
6   Q   As in do you frequently have to stay because the
7   nurse or doctor determines to do more testing on medical
8   clearances?
9   A   Sometimes.
10          MS. COOK OLSON:  Form.
11  Q   (BY MS. HOLLAND EDWARDS)  Is it like half the time,
12  do you think?
13  A   No.
14  Q   Is it -- is it more common that it's a pretty quick
15  exam?
16          MR. VAUGHAN:  Foundation, form.
17          MR. ABRAMSON:  Object to form.
18          MS. COOK OLSON:  Form.
19  A   Yes.
20  Q   (BY MS. HOLLAND EDWARDS)  So we talked about the
21  nursing portion being around five minutes, in your experience,
22  for intoxication clearances.  What happens next?
23          MS. COOK OLSON:  Form.
24  A   They hook them up to the machine and check their
25  vitals, and they monitor that for a while.

Page 34

1   Q   (BY MS. HOLLAND EDWARDS)  How long, would you say?
2   A   10 or 15 minutes.
3   Q   Okay.  So the nursing exam is first, right?
4   A   Yes.
5   Q   And then there's a 10, 10-ish, 15 minutes of being
6   hooked up to a vitals machine?
7   A   Yes, but it depends on the situation.
8   Q   Okay.  I'm just talking about intoxication checks --
9   A   Okay.
10  Q   -- right now, so...
11  A   Well --
12  Q   Go ahead.
13  A   -- sometimes the ER is really busy, so stuff takes a
14  lot longer.
15  Q   Okay, I see.  The situation is not just based on the
16  arrestee?
17  A   (Nodding head.)
18  Q   So what other circumstances affect how long this
19  process takes?
20  A   If it's really busy there.
21  Q   And then that makes it take longer?
22  A   Yes.
23  Q   So, barring it being too busy, the time spent with
24  the actual inmate or arrestee, is this about five minutes in
25  the nursing assessment and then 10 to 15 minutes of vitals

Page 35

1   management -- like monitoring?
2           MR. ABRAMSON:  Object to form.
3           MS. COOK OLSON:  Object to form.
4   A   Yes.
5   Q   (BY MS. HOLLAND EDWARDS)  'Cause I assume when you
6   say it's busy, it takes longer, it's because there aren't
7   people -- because they're not interacting with the arrestee;
8   they're interacting with other patients, right?
9   A   Yes.
10  Q   So I wanna make sure I understand the -- the typical
11  time, in your experience, of the interaction between medical
12  staff and the arrestee.
13          So there's this nursing check we talked about.
14  There's some -- some period where the vitals are being
15  monitored or at least being taken by machine, right?
16  A   Yes.
17  Q   And when it -- when you say 10 to 15 minutes, is the
18  nurse usually standing there watching the vitals for 10 to 15
19  minutes, or do they hook them up and go do something else and
20  come back?
21          MS. COOK OLSON:  Form.
22  A   Yes.
23  Q   (BY MS. HOLLAND EDWARDS)  Which one?
24          MR. COLLIER:  That was the form objection.
25  A   I mean, they -- they can monitor it from where

Page 36

1   they're sitting at their computer.  I mean --
2   Q   (BY MS. HOLLAND EDWARDS)  Okay.  So I just -- you
3   know a lot more about this than I do.  I'm just trying to
4   understand the different possibilities.
5           So do the nurses ever, in your experience, just stand
6   next to you and watch the vitals for 10 minutes?
7   A   No.
8   Q   So, when they leave the places that -- where do you
9   -- where do they usually go, in your experience?
10          MR. ABRAMSON:  Object to foundation.
11  A   I don't know.
12  Q   (BY MS. HOLLAND EDWARDS)  But it's your perception
13  that they can monitor the vitals or at least see the vitals
14  from a computer, right?
15  A   Yes.
16  Q   Does the -- is there any printout of their vitals
17  that you're given to take back to the jail?
18  A   No.
19  Q   After the vitals assessment period, what happens
20  next?
21  A   The doctor will see them.
22  Q   And for intoxication clearances, how long does the
23  doctor visit usually take?
24  A   Five minutes.
25  Q   And does that typically involve a physical exam?

9 (Pages 33 to 36)

Exhibit 27

1.877.385.4268                                      970.385.4268

**CHARLES OSBORN**

Page 37

1  A  Yes.
2  Q  What, in your experience, does a physical exam
3  entail? What do they do?
4  A  They'll listen to their stomach, their chest.
5  They'll ask them if anything is bothering them.
6  Q  Do they ask you what brings the arrestee in?
7  A  Yes.
8  Q  When they're intoxicated, do the doctors usually ask
9  you what their blood alcohol was at the jail?
10     MR. VAUGHAN: Object to form.
11  A  No.
12  Q  (BY MS. HOLLAND EDWARDS) Do the nurses usually ask
13  you what it was?
14  A  Sometimes.
15  Q  Have you ever seen the hospital staff conduct their
16  own blood alcohol test?
17  A  No.
18  Q  Is that surprising to you in a clearance for
19  intoxication?
20     MR. ABRAMSON: Object to form and
21  foundation.
22  A  No.
23  Q  (BY MS. HOLLAND EDWARDS) Why not?
24     MR. COLLIER: Same objections.
25  A  I'm not a medical professional, so I can't know

Page 38

1  if --
2  Q  (BY MS. HOLLAND EDWARDS) Well, I mean, I'm not a
3  medical professional. If -- if I send someone to the hospital
4  because I'm afraid they're -- for an appendix, I expect -- I
5  assume they will do an exam of their, like, abdomen, right? So
6  you don't have to be right and you don't have to be reliable as
7  an expert in court.
8     I'm just asking, like, as a person, if you are having
9  someone be evaluated for a medical clearance based on
10  intoxication, would you think there'd be an evaluation of how
11  intoxicated they are?
12     MR. ABRAMSON: Object to form.
13     MR. COLLIER: Form and foundation.
14     MS. COOK OLSON: Asked and answered.
15  A  I -- no.
16  Q  (BY MS. HOLLAND EDWARDS) And you've never seen it
17  happen, right?
18  A  No.
19     MS. COOK OLSON: Objection to form.
20  Q  (BY MS. HOLLAND EDWARDS) No, you've never seen it
21  happen; or, no, I'm wrong?
22  A  Well, you were asking me a question about if they
23  checked their BAC.
24  Q  Right. And you've never seen them do that at the
25  hospital, right?

Page 39

1  A  Correct, yeah.
2  Q  So it's just kind of up to you whether you tell them
3  what the BAC was at the jail?
4     MR. ABRAMSON: Object to form.
5  A  Yes.
6  Q  (BY MS. HOLLAND EDWARDS) And do you hear the
7  doctors, in intoxication well checks, ask about withdrawal
8  symptoms?
9  A  Can you ask that again?
10  Q  Sure. When you've heard the doctor portion of an
11  intoxication medical clearance, do the doctors ask questions
12  about whether that person has -- usually has withdrawal
13  symptoms?
14  A  Sometimes.
15  Q  Do you know -- do they -- do they -- do you sometimes
16  hear them ask questions about how often the person drinks?
17  A  Yes.
18  Q  Does it depend -- are there specific doctors that
19  you've noticed ask those, and others that don't?
20  A  I don't recall.
21  Q  Do the doctors sometimes give you orders to come
22  back -- you know, for what -- how much monitoring they want at
23  the jail?
24  A  Sometimes.
25  Q  And what are the ranges that you see on that? Like,

Page 40

1  what time frames do they give?
2  A  They'll print it out for the jail.
3  Q  And you don't look at it?
4  A  No.
5  Q  Do you have any information about what types of
6  orders the doctors make for monitoring at the jail?
7  A  No.
8  Q  Are there any rooms that you have ever seen -- well,
9  let me ask it differently.
10     Have you ever seen a medical clearance, nursing or
11  medical exam, take place anywhere other than in the room that
12  you described, that has a door to the south of the desk?
13  A  Yes.
14  Q  Where else have you seen them take place?
15  A  Like, I can't remember the number of the room, but in
16  a different room that's available.
17  Q  Okay. But it -- like, in an actual assessment space?
18  A  Yes.
19  Q  Have you ever seen that take place, you know, in a
20  hallway or not in a room?
21  A  Not that I can recall.
22  Q  What would you say is the longest you've ever been at
23  the hospital for a medical clearance?
24  A  Two-and-a-half hours.
25  Q  What was the circumstances for that?

1.877.385.4268     **CHARLES OSBORN**     970.385.4268

```
                                    Page 41                                                    Page 43
 1     A  Female was intoxicated.  She had fell down.  She cut      1          MR. ABRAMSON:  (Pointing.)
 2  her knee.  She needed stitches and an MRI.                      2          MS. HOLLAND EDWARDS:  Yeah.
 3     Q  What's --                                                 3     Q  (BY MS. HOLLAND EDWARDS)  Where it says "Newman
 4     A  Or X-rays on her knee, I'm sorry.                         4  (in)"?
 5     Q  That's okay.  What's the longest you've ever seen on      5     A  Uh-huh.
 6  just a straight intoxication?  Like, no injuries.                6     Q  And that's 1025?  Do you see that?
 7          MR. COLLIER:  Form.                                     7     A  Yep.
 8     A  An hour.                                                  8     Q  And then five minutes later, it says "Newman (out)
 9     Q  (BY MS. HOLLAND EDWARDS)  And what made that one          9  ER," right?
10  longer?                                                        10     A  Yes.
11     A  If they're really busy.                                  11     Q  And -- so the -- whatever happened in the sally port
12     Q  Ah.  So it was waiting to be seen?                       12  took five minutes, approximately?
13     A  Waiting for the doctor to see them, yes.                 13     A  Yes.
14     Q  Have you ever had an intoxication medical clearance      14     Q  Is that typical?
15  at the hospital where the doctor or nurse said, "Let's -- let's 15     A  Yes.
16  keep this guy for a while and see how they detox"?             16     Q  And then he comes back at 1110, right?
17     A  Sometimes.                                               17     A  I mean, he's out to the ER, right?
18     Q  And how long will they keep them when that happens?      18     Q  There's a 1030 "Newman (out) ER"; 1110, "Newman (in)
19          MR. COLLIER:  Foundation.                              19  ER."
20     A  It -- uhmm.  I'm not sure.  I mean --                    20     A  Yes.
21     Q  (BY MS. HOLLAND EDWARDS)  Well, under an hour, right?    21     Q  So the -- the entirety of the -- driving there,
22  'Cause you said the longest --                                 22  getting him out, being seen, and coming back, according to
23     A  Yes.                                                     23  this, was about 40 minutes, right?
24     Q  So there have been instances where they keep people      24     A  Yes.
25  to watch how they detox for under an hour, in your experience? 25     Q  Is that typical in your experience of intoxication

                                    Page 42                                                    Page 44
 1     A  Yes.                                                      1  medical clearance turnarounds?
 2     Q  Is it fair to say that a typical medical clearance        2          MS. COOK OLSON:  Form.
 3  is -- if they're not too busy, is about 25 minutes?             3     A  Yes.
 4     A  Yes.                                                      4     Q  (BY MS. HOLLAND EDWARDS)  Do you remember anything
 5     Q  And, in this case with Kelroy, you -- how long do you     5  about the conversation in the sally port with Kelroy?
 6  think you were there?                                           6     A  No.
 7     A  I don't recall.                                           7     Q  Is it common that you're arresting people that you
 8     Q  Do you have any estimate?                                 8  knew from childhood?
 9     A  30 minutes.                                               9     A  No.
10     Q  So, if you turn to Exhibit 11, Page 1, there's the       10     Q  Because I think that would make more of this stand
11  "Movement Sheet" for the detention center.                     11  out with Kelroy 'cause -- just knowing him.  Do you think
12     A  (Turning to.)                                            12  that's fair?  Like, do you think you remember this better
13     Q  And when -- first, when you arrested him, if you         13  because you knew him?
14  thought that there was some -- he had head injuries such that  14          MR. COLLIER:  Form.
15  he needed to get cleared, you would've just taken him directly 15     A  Yes.
16  to the hospital, right?                                        16     Q  (BY MS. HOLLAND EDWARDS)  Do you know Zach Summers?
17     A  Yes.                                                     17     A  I know that he works at the jail.
18     Q  And, so, it was the breathalyzer that really caused      18     Q  Do you remember that it was Deputy Summers that was
19  you to take him to the hospital on that -- that arrest date,   19  doing this sally port booking?
20  right?                                                         20     A  No.
21     A  Yes.                                                     21     Q  From your understanding, from reading your records,
22     Q  If you go to -- all right.  So when I go to Page 1,      22  was there any reason that you were taking him to the hospital
23  do you see -- the easiest way to find him is his name is not   23  other than clearance based on his blood alcohol level?
24  blacked out.  So do you see the first time you -- that you see 24     A  No.
25  Newman in the --                                               25     Q  What's the highest blood alcohol you've seen, that
```

11 (Pages 41 to 44)

**1.877.385.4268**                                                                                    **970.385.4268**

**CHARLES OSBORN**

Page 45

1  you can remember, at the jail?
2    A   Kelroy's.
3    Q   Kelroy's was the highest?
4    A   Yes.
5    Q   I think you said earlier you don't remember if you
6  told them or not at the hospital, right?
7    A   Typically, we do. And I -- I probably did, but I
8  can't remember if I did.
9    Q   Okay. So you don't specifically remember the moment
10  where you said, "His BAC is .427"?
11    A   Yes.
12    Q   But you typically would, right?
13    A   Yes.
14    Q   And this is the highest you've ever seen?
15    A   Yes.
16    Q   And, so, even within your normal practice of telling
17  them, do you agree it would be more likely that you would tell
18  them when you -- when it's the highest one you've ever seen?
19    A   Yes.
20        MR. COLLIER: Form.
21    Q   (BY MS. EDWARDS) Can you think of any reason not to
22  tell them, that you wouldn't have told them the BAC?
23    A   No.
24    Q   And did you have any perception at the time that the
25  reason you were there was to get him cleared for facial

Page 46

1  injuries?
2    A   No.
3    Q   Were you aware he had facial injuries?
4    A   Yes.
5    Q   What did you notice about those?
6    A   His eyes.
7    Q   Can you tell me more about that?
8    A   They were black. He had black eyes.
9    Q   Did he tell you anything about -- about how he got
10  black eyes?
11    A   No.
12    Q   Did you -- anything about your conversation with
13  Deputy Summers or Kelroy that caused you to think that what he
14  really needed to get cleared for at the hospital was his black
15  eyes?
16    A   No.
17    Q   So you were very clear at the time that you were
18  there for an intoxication medical clearance, correct?
19    A   I believe so.
20        MS. COOK OLSON: Objection to form.
21    Q   (BY MS. HOLLAND EDWARDS) Have you looked at your --
22  so we marked today Exhibit 21. And this is the Incident Report
23  of the arrest of Mr. Newman for No. 12101141.
24        MS. HOLLAND EDWARDS: And it seems like
25  it's cut off, the Bates numbers. But I can try and get them

Page 47

1  for you if you wanna pull them up.
2        MR. COLLIER: I think it's NEWMAN 1 and 2.
3        THE REPORTER: I'm sorry?
4        MR. COLLIER: It's NEWMAN_00001 and 2.
5        MS. HOLLAND EDWARDS: Okay. That makes it easy
6  to find.
7        MR. COLLIER: They may have been produced
8  otherwise, but those are the ones that I pulled up today.
9        MS. HOLLAND EDWARDS: Yeah. Okay. Is that
10  sufficient for you, Amy, or do you want me to get a copy made?
11        MS. COOK OLSON: No, that's fine.
12        MS. HOLLAND EDWARDS: Gordon, you good?
13        MR. VAUGHAN: I'm good. Go ahead.
14    Q   (BY MS. HOLLAND EDWARDS) Okay. So, in this report,
15  it says: "Upon arrival four males were contacted later
16  identified as Charles McIntosh, Robert Salt, Tristan James, and
17  Kelroy Newman." Do you see that?
18    A   Yes.
19    Q   Did you know any of those other three people?
20    A   Charles McIntosh and Robert Salt.
21    Q   How do you know them?
22    A   From prior contacts.
23    Q   Did any of them go to school with you?
24    A   No.
25    Q   Did you know them to be like friends of Kelroy's, or

Page 48

1  do you know anything about their relationship?
2    A   No.
3    Q   On the video, you also talked to somebody, I think,
4  named, like, Malachi Begay, I think was his name. Did you --
5  do you have any recollection of the other people you talked to?
6    A   No.
7    Q   And you haven't watched that video talking to them?
8    A   I watched the video where I talked to the one male.
9    Q   Was he any of these men?
10    A   He may have been -- I -- I don't recall his name.
11    Q   Okay. And you saw that there was -- at least one of
12  the men there was drinking beer, and you made him pour it out
13  and leave the park, right?
14    A   I don't recall that.
15    Q   When did you watch the video?
16    A   I watched that video probably last week.
17    Q   Okay. Is it legal to have drinks in the park?
18    A   Yes.
19    Q   Which park is it?
20    A   That it occurred in?
21    Q   Yes.
22    A   Veterans Park.
23    Q   Is that one of the ones --
24        THE REPORTER: I'm sorry, I didn't hear
25  you.

12 (Pages 45 to 48)

**ANIMAS REPORTING SERVICE**
**animas@animas.net**

e1de73c1-ff3a-443b-87b0-f091fb03fa2a

1.877.385.4268                                                                                                           970.385.4268

**CHARLES OSBORN**

Page 49

1              THE WITNESS: Veterans Park.
2       Q    (BY MS. HOLLAND EDWARDS)  Is that one of the ones
3    that's, like, within a couple of blocks of here?
4       A    No, it's closer to Main.
5       Q    Okay.  'Cause there's, like, a Centennial Park right
6    here, right?
7       A    Parque de Vida is over here, and then Centennial is
8    the one near the police department, and Veterans Park is the
9    one by Main.
10      Q    By Main, okay.  How far is it from the jail?
11      A    Not very far.
12      Q    I mean, nothing's really very far, right?
13      A    Yeah, it's Cortez.
14      Q    So two or three minutes by car?
15      A    Yes.
16      Q    And then you learned that Kelroy had a warrant out
17   for his arrest, right?
18      A    Yes.
19      Q    And what was that warrant for?
20      A    Third-degree assault and disorderly conduct, fighting
21   in public.
22      Q    Do you know when the incident date for that was?
23      A    No.
24      Q    And so you told him -- you left for a while, found
25   out about the warrant, and came back to arrest him, right?

Page 50

1       A    Yes, I was still in the park at the time.
2       Q    And he was compliant, right?
3       A    Yes.
4       Q    Did you perceive whether he seemed drunk to you or
5    not?
6       A    Yes.
7       Q    What did you notice about that?
8       A    I couldn't believe how intoxicated he actually was.
9    I didn't think he was as intoxicated as he was.
10      Q    You were surprised by the .427, right?
11      A    Yes.
12      Q    But did you think he was drunk when you were
13   interacting with him?
14      A    Not drunk-drunk, I guess.
15           THE REPORTER:  Not drunk what?
16           MS. HOLLAND EDWARDS:  Not drunk-drunk.
17           THE WITNESS:  Not drunk-drunk.
18      Q    (BY MS. HOLLAND EDWARDS)  Not super drunk?
19      A    Yeah.
20      Q    Okay.
21           MR. COLLIER:  I hope that that's not now a term
22   that we're gonna use in this case.
23           MS. HOLLAND EDWARDS:  It's a term of art.
24           MR. COLLIER:  Yeah.
25      Q    (BY MS. HOLLAND EDWARDS)  Did -- okay.  So I hear

Page 51

1    that you were surprised by how high his blood alcohol level
2    was.  But were you surprised to learn that he had alcohol on
3    board?
4       A    On --
5       Q    So I -- my perception is that you seemed to think
6    that he -- seemed like he'd been drinking, but you were
7    surprised by how drunk he was.  Is that right?
8       A    Yes.
9       Q    Okay.  And what made you think that he'd been
10   drinking?
11      A    From his breath.
12      Q    And he had a mask on for your interactions, right?
13      A    Yes.
14      Q    But you could still smell it?
15      A    Yes.
16      Q    And, also, when you were cleaning out his pockets, he
17   took alcohol out of his pockets, right?
18      A    Yes.
19      Q    Did he say anything about when he had last had a
20   drink to you?
21      A    Not that I can recall.
22      Q    What kind of alcohol was it that you took out of his
23   pocket?
24      A    Fireball.
25      Q    Did you -- I couldn't see everything that was coming

Page 52

1    out of his pockets that you guys were putting on the back of
2    the truck.  Was there more than one bottle of alcohol on him?
3       A    Yes.
4       Q    How many?
5       A    I don't know the number.
6       Q    And where would that be logged?
7       A    As in?
8       Q    Like, his property.
9       A    Alcohol can't go to the jail, so it would've been
10   thrown away.
11      Q    Okay.  So there's not any record of how much alcohol
12   he had on him?
13      A    Correct.
14      Q    But you know it was more than one bottle?
15      A    Yes.
16      Q    Were they all full?  Were any of them empty?
17      A    I don't recall any of them being empty.
18      Q    Okay.  So, then, it says in your report that you
19   handcuffed him and took him to the jail, right?
20      A    Yes.
21      Q    And he was compliant with you, right?
22      A    Yes.
23      Q    He told you he had a knife in his pocket, right?
24      A    Yes.
25      Q    Did you have any concerns about his behavior?

13 (Pages 49 to 52)

e1de73c1-ff3a-443b-87b0-f091fb03fa2a