IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 22-cv-1763-PAB-KAS**

ESTATE OF KELROY NEWMAN, et al

    Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF MONTEZUMA, COLORADO, et al,

    Defendants.

---

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF RESPONSES TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT (DOCS. 206, 208, 210)**

---

Plaintiffs, through undersigned counsel, hereby file this Notice of Supplemental Authority in support of the Responses to Defendants' Motions for Summary Judgment:

*Stella v. Davis Cty.*, No. 23-4122, 2024 U.S. App. LEXIS 28720 (10th Cir. Nov. 13, 2024) (unpublished) (upholding jury verdict against individual and County for §1983 deliberate indifference to serious medical needs, lack of medical monitoring, and *Monell* liability for failure to adopt relevant medical protocols and training). Plaintiffs cite this unpublished opinion (attached as **Exhibit 1**) for its persuasive value consisted with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

Respectfully submitted this 13th day of November, 2024.

/s/ Erica Grossman
Erica Grossman
Anna Holland Edwards
HOLLAND, HOLLAND EDWARDS & GROSSMAN, LLC
1437 High Street
Denver, CO 80218
erica@hheglaw.com
*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of November, 2024, the foregoing was filed using the CM/ECF system. I hereby certify I will send electronic notification of said filing to the following recipients.

| | |
|---|---|
| Amy Cook Olson<br>Angela Lund Klein<br>KLEIN COOK OLSON, LLC<br>acookolson@kco-law.com<br>aklein@kco-law.com<br>*Attorneys for Southwest Health Defendant* | Ann B. Smith<br>VAUGHAN & DEMURO<br>asmith@vaughandemuro.com<br>*Attorney for County Related Defendants* |
| Mark B. Collier<br>Julia Morgenthau<br>CHILDS MCCUNE<br>mcollier@childsmccune.com<br>jmorgenthau@childsmccune.com<br>*Attorneys for Defendant Davison* | |

/s/ Erica Grossman
Erica Grossman

2