IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 22-cv-1763-PAB-KAS**

ESTATE OF KELROY NEWMAN, et al

    Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF MONTEZUMA, COLORADO, et al,

    Defendants.

___

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF RESPONSE TO COUNTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (DOC. #210)**
___

Plaintiffs, through undersigned counsel, hereby file this Notice of Supplemental Authority in support of the Response to County Defendants' Motions for Summary Judgment (Doc. # 210, pp. 26-29):

*Est. of Manzanares, Jr. v. Bailey, et al.*, Order Re: Applicability of Official Immunity as an Affirmative Defense, No. 2023CV31683 (Denver Dist. Ct., Dec. 5, 2024) (disagreeing with *Termin v. Johnson* and finding that the text of § 13-21-131, C.R.S., which abrogated qualified immunity for claims brought under this statute, was unambiguous – thereby foreclosing the defense of qualified immunity, official immunity, or common law public official immunity). This Order is attached hereto as **Ex. 1**.

Respectfully submitted this 9th day of December, 2024.

/s/ *Erica Grossman*
Erica Grossman
Anna Holland Edwards
HOLLAND, HOLLAND EDWARDS & GROSSMAN, LLC
1437 High Street
Denver, CO 80218
erica@hheglaw.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of December, 2024, the foregoing was filed using the CM/ECF system. I hereby certify I will send electronic notification of said filing to the following recipients.

Amy Cook Olson
Angela Lund Klein
KLEIN COOK OLSON, LLC
acookolson@kco-law.com
aklein@kco-law.com
*Attorneys for Southwest Health Defendant*

Ann B. Smith
VAUGHAN & DEMURO
asmith@vaughandemuro.com
*Attorney for County Related Defendants*

Mark B. Collier
Julia Morgenthau
CHILDS MCCUNE
mcollier@childsmccune.com
jmorgenthau@childsmccune.com
*Attorneys for Defendant Davison*

/s/ *Brooke Thiele-LaForest*
Brooke Thiele-LaForest, Paralegal