IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

ESTATE OF KELROY NEWMAN, by and through putative personal representative, Bryanne Watts-Lucero;
J.W., a minor child, by and through next friend and mother, Elisa Wilson,

Plaintiffs,

v.

SOUTHWEST HEALTH SYSTEM, INC, d/b/a Southwest Memorial Hospital;
RANDY GENE DAVIDSON, MD, individually,

Defendants.

CASE NO.: 1:22-cv-01763-PAB-KAS

EXHIBIT LIST OF: Defendant Randy Gene Davidson, M.D. and Defendant Southwest Memorial Hospital – Plaintiffs Objections

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| | | **MEDICAL, IMAGING, AND PRESCRIPTION RECORDS** | | | | | |
| B-01 | | Southwest Memorial Hospital medical records [SWMH 1-228] | | | | | |
| Plaintiffs have no objection to pages 71-95, and 109 (records from July 17, 2021), although many are duplicates from Plaintiffs' Exhibit 26. Plaintiffs have no objection to pages 127-157, 171, 175-214 (records from July 18, 2021), although many are duplicates from Plaintiffs' Exhibit 27. Plaintiffs stipulate to the authenticity only of pages 1-39, 49-50, 54-70, and 224 (records from June 10, 2021) but reserves objections to foundation and relevance, FRE 602, 401, 402 and 403, many of these pages are also duplicates from Plaintiffs' Exhibit 28. Plaintiffs object to pages 40-48, 96-103, 105, 158-167, 215-225. These are releases of information with many duplicates and including releases from law firms. FRE 602, 401, 402, 403, and 802. Plaintiffs object to pages 51-53, 106-108, 168 to170, 226-228. These are records from 2004 and before and contain many duplicates. FRE 401, 402, 403. ||||||||

Plaintiffs object to pages 172-174. These are documents scanned in from June and July incarcerations at Montezuma County. Plaintiffs object to foundation. FRE 602.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| B-02 | | Kelroy Newman Toxicology Report [MONTEZUMA 775-777] | | | | | |

The parties stipulate as to authenticity. This is listed as Plaintiffs' Exhibit 36. Object as to foundation, FRE 602.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| B-03 | | Kelroy Newman autopsy report [NEWMAN 21-25] | | | | | |

The parties stipulate as to authenticity. This is listed as Plaintiffs' Exhibit 37. Object as to foundation, FRE 602.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| B-04 | | Kelroy Newman autopsy notes [MONTEZUMA 920-927] | | | | | |

The parties stipulate as to authenticity. This is listed as Plaintiffs' Exhibit 38. Object as to foundation, FRE 602.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| B-05 | | Kelroy Newman Death Certificate [NEWMAN 244] | | | | | |

The parties stipulate as to authenticity. This is listed as Plaintiffs' Exhibit 6. Object as to foundation, FRE 602.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| B-06 | | Ute Mountain Health Center medical records [NEWMAN 187-193] | | | | | |

Plaintiffs stipulate as to authenticity. Object as to foundation, FRE 602.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| B-07 | | Northern Navajo medical records [NEWMAN 194-200] | | | | | |

Plaintiffs stipulate as to authenticity. Object as to foundation, FRE 602.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | **WRITTEN DISCOVERY** | | | | | |
| B-08 | | Plaintiffs' Response to Defendants Randy Gene Davidson, M.D. and Southwest Health System, Inc.'s 1st Written Discovery Requests 02.13.2023 | | | | | |
| Plaintiffs stipulate as to authenticity. Object as to foundation, FRE 602. | | | | | | | |
| | | **OTHER** | | | | | |
| B-09 | | Cortez PD Incident Report No. 12101141 – Kelroy Newman Arrest 07.17.2021 [NEWMAN 1-2] | | | | | |
| The parties stipulate as to authenticity. This is listed as Plaintiffs' Exhibit 8. Object as to foundation, FRE 602. | | | | | | | |
| B-10 | | Montezuma County Sheriff's Office Booking Report 07.17.2021 [MONTEZUMA 1-4] Redacted | | | | | |
| The parties stipulate as to authenticity. Plaintiffs object that this document implicates other arrests with multiple mug shots, and large redaction with no probative information. FRE 401, 402, 403, 609. Object as to foundation, FRE 602. | | | | | | | |
| B-11 | | Montezuma County Sheriff's Office COVID Screening & BAC 07.17.2021 [MONTEZUMA 5] | | | | | |
| The parties stipulate as to authenticity. Plaintiffs have no objection to this Exhibit, which is the same as Plaintiffs' Exhibit 1. | | | | | | | |
| B-12 | | Montezuma County Sheriff's Office Prisoner Medical Clearance Report 07.17.2021 [MONTEZUMA 6-9] | | | | | |
| Plaintiffs have no objection to this Exhibit, which is the same as Plaintiffs' Exhibit 30. | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| B-13 | | Montezuma County Sheriff's Office Observation Log [MONTEZUMA 10-12] | | | | |
| The parties stipulate as to admissibility of this Exhibit, which is the same as Plaintiffs' Exhibit 9. | | | | | | |
| B-14 | | REMOVED | | | | |
| B-15 | | Cortez PD Incident Report No. 12101150 [MONTEZUMA 16-22] | | | | |
| The parties stipulate as to authenticity. Plaintiffs object based on prejudice, FRE 403, hearsay FRE 801 and 802, object as to foundation, FRE 602. | | | | | | |
| B-16 | | Montezuma County Detention Center photos [MONTEZUMA 39-45] | | | | |
| Plaintiffs object to this exhibit as prejudicial and violating the Order in Limine regarding criminal history as it shows multiple mug shots. FRE 401, 402, 403, 602, and 609. | | | | | | |
| B-17 | | REMOVED | | | | |
| B-18 | | Montezuma County Sheriff's Office policies [MONTEZUMA 52-76] | | | | |
| The parties stipulate as to authenticity. Plaintiffs have no objection to pages 2-9 (same as Plaintiffs' Exhibit 4), pp. 15-18 (same as Plaintiffs' Exhibit 3). Plaintiffs object to foundation, and relevance to the other pages, FRE 401, 402, and 602. | | | | | | |
| B-19 | | Map of Detention Center and Hospital | | | | |
| Plaintiffs have no objection to this Exhibit. | | | | | | |
| B-20 | | Photos [MONTEZUMA 78-166; 205-344; 787-916] | | | | |
| Plaintiffs stipulate as to authenticity of this Exhibit. This Exhibit contains many graphic pictures of the autopsy. Plaintiffs object to relevance and foundation. FRE 401, 402, 403, and 602 depending on what page is offered. | | | | | | |
| B-21 | | Video – booking counter [MONTEZUMA 345] | | | | |
| Plaintiffs stipulate as to authenticity. Object as to foundation, FRE 602. | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| B-22 | | Video – reports room [MONTEZUMA 346] | | | | |
| Plaintiffs stipulate as to authenticity. Object as to foundation, FRE 602. | | | | | | |
| B-23 | | Video – booking/housing [MONTEZUMA 559] | | | | |
| Plaintiffs stipulate as to authenticity. Object as to foundation, FRE 602. | | | | | | |
| B-24 | | Video – Hold [MONTEZUMA 560] | | | | |
| Plaintiffs stipulate as to authenticity. Object as to foundation, FRE 602. | | | | | | |
| B-25 | | Shift reports [MONTEZUMA 355-364] | | | | |
| The parties stipulate as to authenticity of this Exhibit, which is the same as Plaintiffs' Exhibit 32. Object as to foundation, FRE 602. | | | | | | |
| B-26 | | Montezuma County Detention Center deputy duties [MONTEZUMA 365-367] | | | | |
| Plaintiffs stipulate as to authenticity. Object as to foundation, FRE 602. | | | | | | |
| B-27 | | REMOVED | | | | |
| B-28 | | Montezuma County Detention Center logs [MONTEZUMA 545-551] | | | | |
| The parties stipulate as to authenticity. Object as to foundation, FRE 602. | | | | | | |
| B-29 | | Montezuma County Detention Center movement sheet [MONTEZUMA 552] | | | | |
| The parties stipulate as to authenticity of this Exhibit, which is the same as Plaintiffs' Exhibit 33, p. 1 (Plaintiffs' is unredacted). Object as to foundation, FRE 602. | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| B-30 | | Montezuma County Detention Center services budget 2020-2022 [MONTEZUMA 553-558] | | | | |
| Plaintiffs object to relevance of the budget document. FRE 401, 402, 403, 602. ||||||||
| B-31 | | Montezuma County Sheriff's Office booking of Kelroy Newman 06.11.2021 [MONTEZUMA 561-597] | | | | |
| Plaintiffs object to this exhibit as irrelevant, prejudicial and violating the Order in Limine regarding criminal history as it shows multiple mug shots and contains records of other incarcerations and charges (or large redactions suggesting charges). FRE 401, 402, 403, 602, and 609. ||||||||
| B-32 | | Eforce printouts [MONTEZUMA 598-602] | | | | |
| The parties stipulate as to authenticity. Plaintiffs have no objection to pages 1-3, which are the same as Plaintiffs' Exhibit 34. Plaintiffs object to pages 4-5 as prejudicial and based on foundation. FRE 403, 602. ||||||||
| B-33 | | Montezuma County Detention Center booking checklist 07.18.2021 [MONTEZUMA 603] | | | | |
| The parties stipulate as to authenticity of this Exhibit, which is the same as Plaintiffs' Exhibit 35. Plaintiffs have no objection to this Exhibit. ||||||||
| B-34 | | Montezuma County Sheriff's Office personnel files [MONTEZUMA 604-672] | | | | |
| Plaintiffs stipulate as to authenticity of this Exhibit. Plaintiffs object generally to foundation, and specifically to relevance and prejudice as to individual disciplinary histories contained at pages 29-43 and page 58. FRE 401, 402, 403, 602, 801, 802. ||||||||
| B-35 | | REMOVED | | | | |
| B-36 | | Floor plans [MONTEZUMA 745-752] | | | | |
| Plaintiffs object based on FRE 401, 402, 602, 901. ||||||||

| | | | | | | |
|---|---|---|---|---|---|---|
| B-37 | | REMOVED | | | | |
| B-38 | | MCDC Email Excerpts | | | | |
| Plaintiffs object based on FRE 401, 402, 403, 801, 802, 602, 901. | | | | | | |
| B-39 | | Video - Arrest Kelroy Newman [NEWMAN 170] | | | | |
| Plaintiffs stipulate as to authenticity. | | Object as to foundation, FRE 602. | | | | |
| B-40 | | Video – Contact Males [NEWMAN 170] | | | | |
| Plaintiffs stipulate as to authenticity. | | Objection based on FRE 401, 402, 403, 602, 801, 802. | | | | |
| B-41 | | Video – Warrant [NEWMAN 170] | | | | |
| Plaintiffs stipulate as to authenticity. | | Objection based on FRE 401, 402, 403, 602, 609, 801, 802. | | | | |
| B-42 | | Video – Salt Interview [NEWMAN 170] | | | | |
| Plaintiffs stipulate as to authenticity. | | Objection based on FRE 401, 402, 403, 602, 801, 802. | | | | |
| B-43 | | Transcription of Videotaped Interview of Robert Salt [MONTEZUMA 782-786] | | | | |
| Plaintiffs stipulate as to authenticity. | | Objection based on FRE 401, 402, 403, 602, 801, 802. | | | | |
| B-44 | | Video - Mike Interview [NEWMAN 170] | | | | |
| Plaintiffs stipulate as to authenticity. | | Objection based on FRE 401, 402, 403, 602, 801, 802. | | | | |
| B-45 | | Transcription of Videotaped Interview of Konami Mike [MONTEZUMA 778-781] | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
|  | Plaintiffs stipulate as to authenticity. Objection based on FRE 401, 402, 403, 602, 801, 802. |
| B-46 | | REMOVED | | | | | |
| B-47 | | Audio – Cortez PD phone call [NEWMAN 236] | | | | | |
|  | Plaintiffs stipulate as to authenticity. Objection based on FRE 401, 402, 403, 602, 801, 802. |
| B-48 | | Medical transport and clinic visits logs [MONTEZUMA 941-958] | | | | | |
|  | Objection based on FRE 401, 402, 403, 602, 801, 802, 901 |
| B-49 | | Montezuma County Detention Center 30-minute observation logs [MONTEZUMA 1132-1139] Redacted | | | | | |
|  | Plaintiffs stipulate as to authenticity. Objection based on FRE 401 and 402. |
| | | **EXPERT WITNESSES** | | | | | |
| B-50 | | Randy Gene Davidson, MD CV | | | | | |
|  | Plaintiffs object to hearsay and foundation. FRE 801, 802, 602. |
| B-51 | | Adam Barkin, MD, MPH report dated 07.12.2023 | | | | | |
|  | Plaintiffs object to hearsay and foundation. FRE 801, 802, 602. |
| B-52 | | Adam Barkin, MD, MPH Updated CV | | | | | |
|  | Plaintiffs object to hearsay and foundation. FRE 801, 802, 602. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| B-53 | | Bryan S. Judge, MD FACMT, FACEP report dated 07.11.2023 | | | | | |
| Plaintiffs object to hearsay and foundation. FRE 801, 802, 602. | | | | | | | |
| B-54 | | Bryan S. Judge, MD FACMT, FACEP Updated CV | | | | | |
| Plaintiffs object to hearsay and foundation. FRE 801, 802, 602. | | | | | | | |
| B-55 | | Robert C. Bux, MD report dated 07.14.2023 | | | | | |
| Plaintiffs object to hearsay and foundation. FRE 801, 802, 602. | | | | | | | |
| B-56 | | Robert C. Bux, MD Updated CV | | | | | |
| Plaintiffs object to hearsay and foundation. FRE 801, 802, 602. | | | | | | | |
| B-57 | | Bruce Becker, MD, MPH, FACEP: Fee Schedule, Testimonial History, Invoices, Reports | | | | | |
| Plaintiffs object to hearsay and foundation. FRE 801, 802, 602. | | | | | | | |
| B-58 | | REMOVED | | | | | |
| B-59 | | Russell B. Kerbel, MD, MBA.: Fee Schedule, Testimonial History, and Invoices | | | | | |
| Plaintiffs object to hearsay and foundation. FRE 801, 802, 602. | | | | | | | |
| B-60 | | Craig Felty, RN, MBA, BSN, FACHE, LCP-C: CV, Fee Schedule, Testimonial History, Invoices, Reports | | | | | |
| Plaintiffs object to hearsay and foundation. FRE 801, 802, 602. | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| B-61 | | REMOVED | | | | | |
| B-62 | | Nizam Peerwani, MD, D-ABFP: Fee Schedule, Testimonial History, and Invoices | | | | | |
| Plaintiffs object to hearsay and foundation. FRE 801, 802, 602. | | | | | | | |
| B-63 | | American College of Emergency Physicians Expert Witness Guidelines for the Specialty of Emergency Medicine | | | | | |
| Plaintiffs object to hearsay and foundation. FRE 801, 802, 602, 901. | | | | | | | |
| | | **PUBLICATIONS/TEXTS** | | | | | |
| B-64 | | Medical literature referred to by any retained or non-retained expert in this case | | | | | |
| Plaintiffs object to hearsay and foundation. FRE 801, 802, 602, 901. | | | | | | | |
| B-65 | | Medical Literature necessary for rebuttal of evidence presented by Plaintiff. | | | | | |
| Plaintiffs object to hearsay and foundation. FRE 801, 802, 602, 901. | | | | | | | |
| | | **DEMONSTRATIVES** | | | | | |
| B-66 | | Timeline of interactions with others of Kelroy Newman | | | | | |
| Objection (have not been provided with a timeline) | | | | | | | |
| B-67 | | Summaries/Charts/Diagrams of exams and related health records and the symptoms reported, conditions presented and actual exam findings | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Objection (have not been provided with these Exhibits) | | | | | | |
| B-68 | | Charts and diagrams to be prepared by witnesses at trial | | | | |
| Objection (have not been provided with these Exhibits) | | | | | | |
| B-69 | | Demonstrative aides such as sketches, charts, diagrams, blow-ups, anatomical models, transparencies, slides, PowerPoint Presentations, or other exhibits to illustrate the testimony of any witness | | | | |
| Objection (have not been provided with these Exhibits) | | | | | | |
| | | **SWMH OTHER EXHIBITS** | | | | |
| B-70 | | Arrest Warrant 6.10.21 | | | | |
| Plaintiffs object that this document implicates other arrests, violates the rulings in limine and is not relevant. FRE 401, 402, 403, 609. Object as to foundation, FRE 602. | | | | | | |
| B-71 | | Care of Prisoner 2019 | | | | |
| The parties stipulate to the authenticity of this document. Plaintiffs have no objection to this Exhibit, which is also listed as Plaintiffs' Exhibit 21. | | | | | | |
| B-72 | | Discharge of Intoxicated Patients | | | | |
| The parties stipulate to the authenticity of this document. Plaintiffs have no objection to this Exhibit, which is also listed as Plaintiffs' Exhibit 22. | | | | | | |
| B-73 | | EMTALA Policy Confidential | | | | |
| The parties stipulate to the admissibility of this Exhibit, which is also Plaintiffs' Exhibit 18. | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| B-74 | | Triage of Emergency Patients | | | | | |
| The parties stipulate to the authenticity of this document. Plaintiffs have no objection to this Exhibit, which is also listed as Plaintiffs' Exhibit 23. ||||||||
| B-75 | | SWMH Obj & Res to Plaintiff's Re-Served Discovery Requests | | | | | |
| Plaintiffs don't object as an admission of a party opponent if offered by Plaintiff. Object to hearsay if offered by Defendants. ||||||||
| B-76 | | SWMH Obj & Resp to 30(b)(6) NOD | | | | | |
| Plaintiffs have no objection to this exhibit. ||||||||
| B-77 | | Richard Zane, M.D.: Updated CV | | | | | |
| Plaintiffs object to hearsay and foundation. FRE 801, 802, 602. ||||||||
| B-78 | | Richard Zane, M.D.: Expert Report | | | | | |
| Plaintiffs object to hearsay and foundation. FRE 801, 802, 602. ||||||||
| B-79 | | Todd Fowler, M.D.: Updated CV | | | | | |
| Plaintiffs object to hearsay and foundation. FRE 801, 802, 602. ||||||||
| B-80 | | Kenton Asche, D.O.: Updated CV | | | | | |
| Plaintiffs object to hearsay and foundation. FRE 801, 802, 602. ||||||||
| B-81 | | Noah Kaufman, M.D.: CV | | | | | |
| Plaintiffs object to hearsay and foundation. FRE 801, 802, 602. ||||||||
| B-82 | | Discharge of Intoxicated Patients Policy | | | | | |
| Duplicative of B-72. ||||||||
| B-83 | | Demonstrative Hospital Photos | | | | | |
| Plaintiffs do not object to the extent this is the same photo of the hospital itself disclosed previously. Object to others that have not been disclosed. ||||||||

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| B-84 | | Demonstrative ER Photos | | | | | |
| Objection (Plaintiffs have not been provided with these Exhibits) | | | | | | | |
| B-85 | | Demonstrative Hospital Staff Photos | | | | | |
| Object to photos of staff other than Dr. Davidson and Dr. Asche. | | | | | | | |
| B-86 | | 2013 EMTALA Policy | | | | | |
| Object to relevance, given Court Order. Doc. #297. | | | | | | | |
| B-87 | | Newman Billing 6/10/2021 and 7/17/2021 | | | | | |
| Plaintiffs stipulate as to authenticity. Object as to foundation, FRE 602. | | | | | | | |
| | | **EXTRA BLANK EXHIBITS** | | | | | |
| B-88 | | | | | | | |
| B-89 | | | | | | | |
| B-90 | | | | | | | |
| B-91 | | | | | | | |
| B-92 | | | | | | | |
| B-93 | | | | | | | |
| B-94 | | | | | | | |
| B-95 | | | | | | | |
| B-96 | | | | | | | |
| B-97 | | | | | | | |

Respectfully Submitted this 21st day of January 2026.

>/s/ Anna Holland Edwards
>Anna Holland Edwards
>Erica Grossman
>HOLLAND, HOLLAND EDWARDS & GROSSMAN, LLC
>1437 High Street
>Denver, CO 80218
>anna@hheglaw.com
>*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of February 2026, the foregoing was filed using the CM/ECF system. I hereby certify I will send electronic notification of said filing to the following recipients.

Amy Cook Olson
Angela Lund Klein
Grant E. Hogan
KLEIN COOK OLSON, LLC
acookolson@kco-law.com
aklein@kco-law.com
ghogan@kco-law.com
*Attorneys for Southwest Health Defendant*

Ann B. Smith
VAUGHAN & DEMURO
asmith@vaughandemuro.com
*Attorney for County Defendant*

Mark B. Collier
Julia Morgenthau
CHILDS MCCUNE
mcollier@childsmccune.com
jmorgenthau@childsmccune.com
*Attorneys for Defendant Davison*

*/s/ Brooke Thiele-LaForest*
Brooke Thiele-LaForest, Paralegal