IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE PHILIP A. BRIMMER

Date: _____2/19/26_____          Time: _____9:51_____

__X__ We have reached a verdict.

_____ We have a question.

**NOTE FROM JURY**

_____

_____

_____

_____

_____

_____

_____

_____

**COURT'S RESPONSE TO NOTE FROM JURY**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

By:_____
                Philip A. Brimmer
                Chief United States District Judge

Case No. 1:22-cv-01763-PAB-KAS    Document 329    filed 02/19/26    USDC Colorado
pg 2 of 2